## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES AND STATEMENTS OF
## LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2]  A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3]  These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis. The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis. As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards. Upon the application of such standards, the financial information could be subject to changes, which could be material. These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled. The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors. Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

4.    **Description of the Debtors' Chapter 11 Cases**. The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102]. On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5. **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6. **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c. **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

4

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.   **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.   **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.   **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g. **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h. **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7. **Methodology**.

a. **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b. **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.    **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.    **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]    *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.   **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.   **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.  **Language Translation**.  The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h.  **Currency and Foreign Currency Conversion**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i.  **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities. Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j. **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k. **Setoffs**. The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners. Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l. **Leases**. The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business. Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G. Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m. **Liens**. The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.   **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.   **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.   **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.     **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.     **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.     **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.     **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.     **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

**<u>Specific Schedules Disclosures</u>**

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

**Part 1 – <u>Cash and Cash Equivalents</u>**

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances at net book value as of the Petition Date. Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

**Part 2 – <u>Deposits and Prepayments</u>**

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –** **Accounts Receivable**

**Schedule A/B 11 – Accounts Receivable**. The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –** **Investments**

**Schedule A/B 15 – Investments**. Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –** **Inventory, Excluding Agricultural Assets**

a.    **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**. Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight. Amounts are shown net of reserves and other adjustments.

b.    **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**. The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –** **Office Furniture, Fixtures, and Equipment; and Collectibles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 – Machinery, Equipment, and Vehicles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 – Real Property**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 – Intangibles and Intellectual Property**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 – All Other Assets**

a.    **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.    **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

carriers and various surety bonds provided by multiple third-party sureties. The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.   **Schedule A/B 75 – Other Contingent and Unliquidated Claims**. The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a.  **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.     **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date. Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders. In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order. In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors. Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent.  Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing.  The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G.  Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not independently set forth on Schedule G.  Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G. In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors. In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statements**

a.   **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.   **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.   **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

22

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.    **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.    **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.    **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.    **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.    **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.    **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.      **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.   The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.      **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.      **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.      **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.      **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name          Marelli Suspension Systems Italy S.P.A.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):      25-11081

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................................................

    $ _____ 20,536,848.04*

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ................................................................................

    $ _____ 268,577,230.78*

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................................

    $ _____ 289,114,078.82*

---

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

    $ _____ Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................

    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................

    **+** $ _____ 182,275,774.93*

4. **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 182,275,774.93*

---

*Plus Undetermined Amounts

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   Marelli Suspension Systems Italy S.P.A.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  25-11081

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand** | $ 0.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | ___ ___ ___ ___ | $ 158,108.00 |
| 3.2 | | ___ ___ ___ ___ | $ |

4.  **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 None | $ 0.00 |
| 4.2 | $ |

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 158,108.00

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below. | Current value of debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1 GUARANTEE DEPOSITS | $ 129,752.23 |
| 7.2 | $ |

Debtor   Marelli Suspension Systems Italy S.p.A.                          Case number (if known) 25-11081
         Name

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  COMMERCIAL AND OTHER PREPAID EXPENSES                                    $           289,606.10

8.2  _____                       $  _____

**9.**  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                             $           419,358.33

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.

☑  Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**11.**  **Accounts receivable**

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 11a. 90 days old or less: | 16,426,674.87 — | 0.00 | = ...... → | $   16,426,674.87 |
| | face amount | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 2,120,689.54 | 2,020,187.35 | = ...... → | $   100,502.19 |
| | face amount | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $   16,527,177.06

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☐  No. Go to Part 5.

☑  Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $   0.00 |
|---|---|---|
| 14.2 | | $ |

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1 See Attached Rider | % | | $   Undetermined |
|---|---|---|---|
| 15.2 | % | | $ |

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $   0.00 |
|---|---|---|
| 16.2 | | $ |

**17.**  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                           $   Undetermined

***Plus Undetermined Amounts**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED<br>MM / DD / YYYY | $ 4,083,980.16 | NET BOOK VALUE | $ 4,083,980.16 |
| **20. Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED<br>MM / DD / YYYY | $ 787,688.93 | NET BOOK VALUE | 787,688.93 |
| **21. Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED<br>MM / DD / YYYY | $ 3,747,101.74 | NET BOOK VALUE | 3,747,101.74 |
| **22. Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED<br>MM / DD / YYYY | $ 12,297,074.19 | NET BOOK VALUE | 12,297,074.19 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 20,915,845.02

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ _Undetermined_  Valuation method _N/A_  Current value $ _Undetermined_

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops–either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor    Marelli Suspension Systems Italy S.p.A.                                    Case number (if known) 25-11081

Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ _____ | _____ | $ _____ |
| 42.2 | $ _____ | _____ | $ _____ |
| 42.3 | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Marelli Suspension Systems Italy S.P.A.                                    Case number (If known)  25-11081
           Name

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐    No. Go to Part 9.

☑    Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 LEASED VEHICLES | $    469,991.74 | NET BOOK VALUE | $    469,991.74 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $    0.00 |
| 48.2 | $ | | $ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $    0.00 |
| 49.2 | $ | | $ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $    37,350,368.98* | | $    37,350,368.98* |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$    37,820,360.72*

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐    No

☑    Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑    No

☐    Yes

**\*Plus Undetermined Amounts**

Debtor    Marelli Suspension Systems Italy S.p.A.                                    Case number (if known)    25-11081
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $    20,536,848.04* | | $    20,536,848.04* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $    20,536,848.04*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General Description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of debtor's<br>interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $    Undetermined | | $    Undetermined |
| 61. **Internet domain names and websites**<br>None | $ | | $    0.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $ | | $    0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>CUSTOMER LISTS | $    Undetermined | N/A | $    Undetermined |
| 64. **Other intangibles, or intellectual property**<br>None | $ | | $    0.00 |
| 65. **Goodwill**<br>GOODWILL | $    Undetermined | N/A | $    Undetermined |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $    Undetermined

*Plus Undetermined Amounts

Debtor    Marelli Suspension Systems Italy S.p.A.    Case number (if known) 25-11081
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

None _____    — _____  = → $            0.00
                Total Face Amount   Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| VARIOUS TAX ATTRIBUTES | Tax Year | VARIOUS | $ | Undetermined |
| --- | --- | --- | --- | --- |
|  | Tax Year |  | $ |  |
|  | Tax Year |  | $ |  |

73. **Interests in insurance policies or annuities**

See Attached Rider    $    Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None    $    0.00

**Nature of Claim** _____

**Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None    $    0.00

**Nature of Claim** _____

**Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

None    $    0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider    $    192,736,381.65

$ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    192,736,381.65*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

*Plus Undetermined Amounts

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (If known) | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 158,108.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 419,358.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 16,527,177.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 20,915,845.02 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 37,820,360.72* | |
| 88. **Real property.** *Copy line 56, Part 9.* . .............................................................. → | | $20,536,848.04* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 192,736,381.65* | |
| 91. **Total.** Add lines 80 through 90 for each column...........................91a. | $ 268,577,230.78* | + 91b. $20,536,848.04* |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92..............................................................................  $ 289,114,078.82*

**\*Plus Undetermined Amounts**

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                        Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2014 | $22,795.37 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2022 | $63,142.16 |
| CITIZENS BANK | OPERATING ACCOUNT | **0906 | $1,000.00 |
| UNICREDIT | OPERATING - TAX ACCOUNT | **3035 | $71,170.47 |
| | | **TOTAL** | **$158,108.00** |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| FCA SECURITY S.C.P.A. | 2.17 | N/A | Undetermined |
| MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. | 100 | N/A | Undetermined |
| MARELLI MOROCCO LLC | 1 | N/A | Undetermined |
| MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. | 99.99 | N/A | Undetermined |
| MARELLI TALBROS CHASSIS SYSTEMS PRIVATE LIMITED | 50 | N/A | Undetermined |
| MARELLI TURKEY SUSPANSIYON SISTEMLERI TICARET LIMITED SIRKETI | 100 | N/A | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                        Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ADVANCE PAYMENTS ON TANGIBLE ASSETS IN PROGRESS | $788.24 | NET BOOK VALUE | $788.24 |
| OWNED ASSETS | $525,394.02 | NET BOOK VALUE | $525,394.02 |
| OWNED INDUSTRIAL EQUIPMENT | $1,700,399.85 | NET BOOK VALUE | $1,700,399.85 |
| OWNED PLANT AND MACHINERY | $16,087,241.63 | NET BOOK VALUE | $16,087,241.63 |
| RENTED/LEASED ASSETS | $73,982.13 | NET BOOK VALUE | $73,982.13 |
| TANGIBLE ASSETS IN PROGRESS | $18,962,563.11 | NET BOOK VALUE | $18,962,563.11 |
| 11 LEOPOLDSTRASSE EMPLOYEE CAR LEASES | Undetermined | NET BOOK VALUE | Undetermined |
| APARTMENT RENTAL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201812473-GG243NL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201838020-GR813CR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201871879-GG866WB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201881673-GH317YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201902755-GJ167CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201902767-GH158YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201902768-GH343YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201902769-GJ091CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201921783-GJ704HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201921784-GH792MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201933864-GJ659HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201933865-GJ705HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201957607-GJ045CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202236053-GN725KZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202236054-GN279EY | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                        Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202242184-GN305CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242185-GN273EY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242187-GP291VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242603-GN564KZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242746-GP969SR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242864-GN962GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242866-GN009KY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202244564-GP340VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202244565-GP470ZB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202244566-GP305VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202244567-GP856XJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251880-GN393EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251881-GP474PS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251882-GN010KY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251883-GN706XR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251891-GP339VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202306735-GP031VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202306982-GP246VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202639872-GS461WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202639873-GS574RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202756907-GP219VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202785148-GV210GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202785226-GP566BZ | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202785545-GV475YX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202793687-GV151GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202794945-GV184GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202847487-GP951BP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202918264-GP065FC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202923064-GW795GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202923065-GV393YY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202963547-GW714HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 6553300 | Undetermined | NET BOOK VALUE | Undetermined |
| FORKLIFT LEASE: 7884400 | Undetermined | NET BOOK VALUE | Undetermined |
| FORKLIFT LEASE: 7914400 | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT -  4859000 | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - 4855903 | Undetermined | NET BOOK VALUE | Undetermined |
|  |  | **TOTAL** | **$37,350,368.98**<br>+ Undetermined Amounts |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                           Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $17,653,910.48 | NET BOOK VALUE | $17,653,910.48 |
| VARIOUS | OWNED LAND | $2,845,643.87 | NET BOOK VALUE | $2,845,643.87 |
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $37,293.69 | NET BOOK VALUE | $37,293.69 |
| MELFI PLANT 1, VIA MONTELUNGO LOTTO 12 UDC 788 - ZONA IND.LE S. NICOLA DI MELFI, MELFI, 85025, ITALY | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| MELFI PLANT 2, VIA MONTELUNGO LOTTO 12 UDC 791 - ZONA IND.LE S. NICOLA DI MELFI, MELFI, 85025, ITALY | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SULMONA PLANT, STRADA STATALE 17, KM. 96, SULMONA, 67039, ITALY | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| TORINO OFFICE & ENG, CORSO UNIONE SOVIETICA, 600, TORINO, 10135, ITALY | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| RIVALTA PLANT, VIA ENRICO MATTEI 12, RIVALTA, 10040, ITALY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | TOTAL | $20,536,848.04<br>+ Undetermined Amounts |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. BR112014017778 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR112016005722 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR112020009738 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR112020011399 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR112020011491 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR112021010751 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR112021010751 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR112024022960 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. CN200880122754 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080006766 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080039350 STATUS: GRANTED COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201180029742 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201180048380 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201280009334 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380005876 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480051138 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680012657 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680016614 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680017472 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680035791 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201720732002U STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201721368537U STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201880002411 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201880050126 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201880074629 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201880077349 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201880079209 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201980002810 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201980050182 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201980053989 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201980079572 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201980085438 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202180039142 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202180054198 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202180069015 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202180071385 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202180078760 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202180088857 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202280084330 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202380038256 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. DE202015106622U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202017103722U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE202017106124U<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005011853T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007007606T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007013262T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. EP05813644<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07735342<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07735810<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07825974<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08172884<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08838835<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08856922<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08865805<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08868223<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08875873<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09806200<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10708587<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10754596<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11719017<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11739088<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12704795<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12720892<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                          Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP13700895<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16706860<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16710723<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16723822<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18762138<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18816235<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18826201<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18827253<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19714244<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19758811<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19762226<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19832199<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19848816<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21734214<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21778227<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21798775<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21805616<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21824025<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21847545<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22843881<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23727659<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                              Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. ES05813644T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. IN202017017817 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202017020850 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202417085095 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000012553 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000021133 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000023614 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000028382 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100032192 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200008960 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202300010596 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011517252 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014099815 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019567683 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020527067 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020529275 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021504387 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021506941 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021537125 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022572610 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024565003 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. KR20227045433 STATUS: PENDING COUNTRY: REPUBLIC OF KOREA | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/IB2024/054885 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/IB2024/061240 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. RU2007125678 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. RU2011104341 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. RU2015151919U STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/299,509 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/746,854 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/147,950 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/393,609 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/697,413 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/811,971 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/372,911 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/955,487 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/022,488 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/552,861 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/557,598 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/560,253 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/565,074 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/305,807 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 16/619,046 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/764,519 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/770,234 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/263,657 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/267,423 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/299,440 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/415,375 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/999,758 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                              Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                              Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                              Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                    Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Suspension Systems Italy S.P.A.                                      Case Number:  25-11081

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| ADVANCES PAID TO EMPLOYEES | $981,471.75 |
| FINANCIAL RECEIVABLES | $19,446.89 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET ITALY S.P.A. | $97,584.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI BARCELONA ESPANA S.A.U. | $1,287.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. | $25,902,993.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI EUROPE S.P.A. | $146,420,870.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOTHERSON AUTO SUSPENSION PARTS PRIVATE LIMITED | $185,887.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. | $13,819,936.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. | $3,431,676.00 |
| INTERCOMPANY RECEIVABLE FROM ZHEJIANG WANXIANG MARELLI SHOCK ABSORBERS CO. LTD. | $194,997.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $88,698.61 |
| REFUNDS DUE FROM SOCIAL SECURITY AGENCIES | $77,724.27 |
| REFUNDS DUE FROM SUPPLIERS | $895,769.40 |
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $618,040.73 |
| **TOTAL** | **$192,736,381.65** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Suspension Systems Italy S.P.A. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11081 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of Claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
MIZUHO BANK, LTD.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ ___Undetermined    $ ___Undetermined

**Creditor's mailing address**
1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**
GUARANTOR OF SENIOR FINANCING AGREEMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): | 25-11081 |
| | Name | | |

## Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. ____1____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

Debtor     Marelli Suspension Systems Italy S.P.A.

United States Bankruptcy Court for the:    District of Delaware

Case number    25-11081
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

$ _____

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

$ _____

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

$ _____

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.p.A. | Case number (if known) 25-11081 |
|---|---|---|
| | Name | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
2A SPA
VIA TETTI DELL´ OLEO 9
BORGARO TORINESE, 10071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,649.66

---

**3.2** | **Nonpriority creditor's name and mailing address**
2P AUTOMATION PROJECT
C.DA BUFALA
CUPELLO, 66051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,353.38

---

**3.3** | **Nonpriority creditor's name and mailing address**
A. BENEVENUTA & C. S.P.A.
VIA BOTERO 17
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,135,792.11

---

**3.4** | **Nonpriority creditor's name and mailing address**
A.A. ABRATE SRL
VIA JUGLARIS 45
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,265.89

---

**3.5** | **Nonpriority creditor's name and mailing address**
A.AGRATI S.P.A.
VIA PIAVE 28/30 CASELLA POST. 59
VEDUGGIO CON COLZANO, 20050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 626,229.80

---

**3.6** | **Nonpriority creditor's name and mailing address**
A.F.I. SNC
VIA PENNE 10
CHIETI SCALO, 66013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,620.63

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,384.93 |
|---|---|---|---|

A.R.IN. S.R.L.
VIA EX TRAVERSA LENZE S.N.C. ZONA S
CENTURANO, 81022
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $ 2,487.63 |
|---|---|---|---|

A.S.I.T. INSTRUMENTS SRL
CORSO MASSIMO D'AZEGLIO 60/H
TORINO, 10126
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | $ 3,462.65 |
|---|---|---|---|

A.T.P. SRL
VIA S. FELICE 15
BEINASCO, 10092
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | $ 17,043.35 |
|---|---|---|---|

A+A MONFERRATO SPA A SOCIO UNICO
VIA UNITA' D'ITALIA 17/19
GRUGLIASCO, 10095
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | $ 157.10 |
|---|---|---|---|

Â§ LEASYS SPA DIVISIONE SAVARENT Â§
CORSO AGNELLI 200
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 34,250.40 |
|---|---|---|---|
| | A2MAC1<br>25 CHAUSSEE DE HARY<br>HARY, 02140<br>FRANCE | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48,521.40 |
|---|---|---|---|
| | A2MAC1 GMBH<br>LANDSBERGER STR. 300<br>MÃ¼NCHEN, 80687<br>GERMANY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 222.08 |
|---|---|---|---|
| | ABB SPA<br>VIA VITTORIO PISANI,16<br>MILANO, 20124<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 65,075.76 |
|---|---|---|---|
| | ABOUT ARCHITECTURE SRL<br>C.SO FIUME 11<br>TORINO, 10131<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 180,513.31 |
|---|---|---|---|
| | ACCENTURE SPA<br>VIA PRIVATA NINO BONNET, 10<br>MILANO, 20154<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

ACCORNERO MOLLIFICIO SPA
VIA TORINO 72/A
DRUENTO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,044.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

AGENZIA REGIONALE PER LA PROTEZIONE
VIA DELLA FISICA 18 C/D
POTENZA, 85100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 106.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

AGES SPA IN AMMINISTRAZIONE STRAORD
VIA TRINITA' 80
SANTENA, 10026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 0.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

AGES SPA IN AMMINISTRAZIONE STRAORD
VIA TRINITA' 80
SANTENA, 10026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 0.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

AGLA SRL
VIA C.POLVERIERA, 29
AVIGLIANA, 10051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 46,933.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 41,509.28 |
|---|---|---|---|---|

AIR LIQUIDE ITALIA SERVICE S.R.L.
VIA CALABRIA. 31
MILANO, 20158
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 207,313.97 |
|---|---|---|---|---|

AIR LIQUIDE ITALIA SERVICE SRL
VIA BISCEGLIE N. 66
MILANO, 20152
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 394.56 |
|---|---|---|---|---|

AJYA COLD DRINKS
17-18 DIVIDING ROAD, OLD, OLD DELHI GURGAON RD
GURUGRAM, 122001
INDIA

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 404.15 |
|---|---|---|---|---|

ALBERGO ROMA SAS
PIAZZA XX SETTEMBRE 14
TOLMEZZO, 33028
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 34.25 |
|---|---|---|---|---|

ALFAGRAFICA SOC. COOP.
VIA PASTEUR 4
LAVELLO, 85024
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.27** | **Nonpriority creditor's name and mailing address**

ALTEN ITALIA SPA
VIA GAETANO CRESPI 12
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 82,991.55

---

**3.28** | **Nonpriority creditor's name and mailing address**

AMAZON EU SARL, SEDE SECONDARIA
VIALE MONTE GRAPPA 3/5
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,490.17

---

**3.29** | **Nonpriority creditor's name and mailing address**

AMBIENTALE SRL
VIALE GRAN BRETAGNA, 9
LECCE, 73100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,892.41

---

**3.30** | **Nonpriority creditor's name and mailing address**

AMENDOLITO & ASSOCIATI
V.LE BORSELLINO E FALCONE 23/B
BARI, 70125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,429.97

---

**3.31** | **Nonpriority creditor's name and mailing address**

AMET SRL
VIA LIVORNO 60 ENVIRONMENT PARK
TORINO, 10144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,623.20

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

ANAQUA SERVICES INC
31 ST. JAMES AVENUE
BOSTON, 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,721.08

---

**3.33** **Nonpriority creditor's name and mailing address**

APROLIS ITALIA S.P.A.
Via Lazio n. 1
ZOLA PREDOSA (BO), 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 553.24

---

**3.34** **Nonpriority creditor's name and mailing address**

ARAP AZIENDA REGIONALE ATTIVITA
VIALE DELL INDUSTRIA 6
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,035.22

---

**3.35** **Nonpriority creditor's name and mailing address**

ARCESE TRASPORTI S.P.A.
VIA A.MORO 95
ARCO, 38062
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 145,372.40

---

**3.36** **Nonpriority creditor's name and mailing address**

ARCI ONDULATO S.R.L.
VIA MONITOLA , KM 0,500
CASTEL MADAMA, 00024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,599.26

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|--------|------------------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

AREA TECNICA SRL
VIA ASIAGO 67/4
TORINO, 10142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,864.26

---

**3.38** | **Nonpriority creditor's name and mailing address**

ARGOS S.R.L.
VIALE DELLE INDUSTRIE NR 20
CAMBIAGO, 20040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 530.39

---

**3.39** | **Nonpriority creditor's name and mailing address**

ARROWELD ITALIA SPA
VIA  G. DA VERRAZZANO 30
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,615.29

---

**3.40** | **Nonpriority creditor's name and mailing address**

ASF METROLOGY SRL
CORSO GIUSEPPE SICCARDI, 11BIS
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,044.64

---

**3.41** | **Nonpriority creditor's name and mailing address**

ASLAM LAMEC SRL
STRADA BARBANIA 130
ROCCA CANAVESE, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,670.98

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

ASSICURATRICE MILANESE
VIA LIBERTÀ 53
SAN CESARIO SUL PANARO,  EMILIA ROMAGNA, 41018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 3083015917830 FOR THE BENEFIT OF MINISTERO DELLE IMPRESE E DEL MADE IN ITALY

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.43** | **Nonpriority creditor's name and mailing address**

ASSISTENZE IMPIANTISTICHE SRL
VIA LIGURIA 23
BORGARO TORINESE, 10071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,717.19

---

**3.44** | **Nonpriority creditor's name and mailing address**

ASSOCAM SCUOLA CAMERANA
VIA BRACCINI 17
TORINO, 10141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 139.28

---

**3.45** | **Nonpriority creditor's name and mailing address**

ASTOLFI S.P.A.
PIAZZA DEL POPOLO 18
ROMA, 00187
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,149.99

---

**3.46** | **Nonpriority creditor's name and mailing address**

ATLAS COPCO ITALIA SPA
VIA GALILEO GALILEI 40
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,496.32

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number *(if known)* | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,360.51 |
|---|---|---|---|

ATLAS I.F.M. SRL
ZONA ASI AGGLOMERATO AVERSA NORD
TEVEROLA, 81030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ATRADIUS CREDITO Y CAUCION S.A.
AVENIDA DIAGONAL 611
BARCELONA, 08028
SPAIN

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: GE0627163 FOR THE BENEFIT OF UFFICIO DELLE DOGANE DI TORINO

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,023.08 |
|---|---|---|---|

AUTOBLOK SPA
VIA DUCA D'AOSTA 24
CAPRIE FRAZ.NOVARETTO, 10040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,405.01 |
|---|---|---|---|

AUTORIPARAZIONI NATALE SRL
VIA PAVIA 66
RIVOLI, 10098
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,185.38 |
|---|---|---|---|

AVIS BUDGET ITALIA SPA
VIALE CARMELO BENE 70
ROMA, 00139
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

AZIENDA SANITARIA LOCALE DI POTENZA
VIA TORRACA 2
POTENZA, 85100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,278.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

B.B. S.R.L.
VIA DEL LAVORO 48
CASALECCHIO DI RENO, 40033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 626.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

B.G.A. CONFERENCE SRL
VIALE CARLO III
SAN MARCO EVANGELISTA, 81020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 91.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

BALLUFF AUTOMATION SRL
CORSO CUNEO 15
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,019.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

BAOMARC AUTOMOTIVE SOLUTIONS SPA
VIA CALUSO 50
CHIVASSO, 10034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 40,820.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

BASF ITALIA SPA
VIA MARCONATO 8
20811 CESANO MADERNO (ITALY),
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 142,931.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

BASF ITALIA SPA
VIA MARCONATO 8
CESANO MADERNO, 20811
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 576,718.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

BDO TAX SRL STP
VIALE ABRUZZI, 94 94
MILANO, 20131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,331.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

BENCIVENGA ATTILIO
VIA PIANO RICCIARDI
SAN FELE, 85020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 358.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

BENO PLASTIK AMBALAY VE KALIP SAN.
YALOVA SANAYICILER SITESI NO;4 HAND
YALOVA, 77600
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 362.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

BERA SRL
VIA PADOVA
MANDATORICCIO, 87060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                2,729.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

BETA-TRANS SPA
VIA LONDRA 7/9
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$              97,886.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

BIANCHI INDUSTRIAL SPA A SOCIO UNIC
VIA ZURETTI, 100
MILANO, 20125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,833.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

BIFRANGI SPA
VIA MANZONI, 14  CAS.P. 79
MUSSOLENTE, 36065
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$              68,173.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

BMR SRL
VIA RODI 4/B
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  427.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,884.98 |
|---|---|---|---|

BOGE ELASTMETAL SLOVAKIA A.S
STROJARENSKA 2
TRNAVA, 917 02
SLOVAK REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,180.61 |
|---|---|---|---|

BOGE ELASTMETALL GMBH
JURGEN ULDERUP PLATZ 1
DAMME, 49401
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,887.77 |
|---|---|---|---|

BOLLHOFF SRL
VIA MONFERRATO 6/8
CORSICO, 20094
ITALY

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,444.24 |
|---|---|---|---|

BOSCH REXROTH OIL CONTROL SPA
VIA RAGAZZI DEL 99 31
REGGIO EMILIA, 42100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,294.09 |
|---|---|---|---|

BOSCH REXROTH SPA
VIA G. DI VITTORIO, 1
CERNUSCO S/N, 20063
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number *(if known)* | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

BOZZOLINI IMPIANTI SRLS
V.LE DEL LAVORO 3/A
SULMONA(AQ), 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,646.41

---

**3.73** **Nonpriority creditor's name and mailing address**

BREMBO POLAND SP. ZOO
UL. DEKABRYSTOW 67
CZESTOCHOWA, 42-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,216,601.54

---

**3.74** **Nonpriority creditor's name and mailing address**

BRIGHTLOOP SAS
221 BOULEVARD DAVOUT
PARIS, 75020
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,338.38

---

**3.75** **Nonpriority creditor's name and mailing address**

BUREAU VERITAS ITALIA SPA
Viale Monza 347
MILANO, 20126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 631.40

---

**3.76** **Nonpriority creditor's name and mailing address**

BUTANGAS S.P.A.
VIA CLAUDIO MONTEVERDI N. 15
ROMA, 00198
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,057.32

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,749.95 |
|---|---|---|---|

BYLOGIX SRL
VIA ADOLFO TOMMASI 133
ROMA, 00125
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,619.60 |
|---|---|---|---|

C.F.SERVICE S.R.L.  UNIPERSONALE
VIA RIDONDELLO 29
VOGHERA, 27058
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,415.39 |
|---|---|---|---|

C.H. ROBINSON EUROPE BV
ANDORRAWEG 2
AALSMEER, 1432 DB
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29,768.79 |
|---|---|---|---|

C.I.M.A. SPA COMPAGNIA ITALIANA
VIA PIAVE 66
BUSNAGO, 20874
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,130.99 |
|---|---|---|---|

CALZATURIFICIO MONTEBOVE SRL
VIA SANDRO PERTINI 35
TOLENTINO, 62029
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 129,726.80 |
|---|---|---|---|

CAPRONI JOINT STOCK COMPANY
GENERAL STOLETOV. STR. 45
KAZANLAK, 6100
BULGARIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 74.99 |
|---|---|---|---|

CAR2GO ITALIA S.R.L.
VIA M. CAMPERIO 14
MILANO, 20123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,505.37 |
|---|---|---|---|

CATHAY TAT MING (HONG KONG) CO. LTD
C2, 14/F., HOI BUN IND. BUILDING, 6
HONG KONG,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31.70 |
|---|---|---|---|

CENTRO FLUID SRL
VIA PO 64/66 ZI SAMBUCETO
SAN GIOVANNI TEATINO, 66020
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,900.33 |
|---|---|---|---|

CENTRO REGIONALE ANTIDOPING
RGIONE GONZOLE 10/1
ORBASSANO, 10043
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.87** | **Nonpriority creditor's name and mailing address**

CENTRO SALDATURA SAS
VIA SILVIO PELLICO 25
CERCOLA, 80040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,310.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

CENTRO SERVIZI INDUSTRIE SRL
VIA M. FANTI 17
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,089.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

CENTRUM INZYNIERYJNE SP Z OO SP K.
UL.STRAZACKA 81
BIELSKO-BIALA, 43-382
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 930.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

CERRATO SRL
VIA MANZONI 8
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,042.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

CHASSIS BRAKES INTERNATIONAL
DEMIRTAS DUMLUPINAROSB MAH. ISTANBU
BURSA, 16245
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,384,506.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number *(if known)* | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 37,721.47 |
|---|---|---|---|

CHEMETALL ITALIA SRL
CASELLA POSTALE 154
GIUSSANO, 20034
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,772.53 |
|---|---|---|---|

CHIALES TOOLS & PROJECT S.R.L.
VIA SCHIAPARELLI, 16
TORINO, 10148
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,634.05 |
|---|---|---|---|

CHIRON ITALIA SPA
VIA AMBROSOLI 4/C
RODANO, 20090
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 54,533.20 |
|---|---|---|---|

CIEM SAS
VIA I MAGGIO 2/4
ORBASSANO, 10043
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 77.85 |
|---|---|---|---|

CIESSE INTERMEDIAZIONI SAS
VIA F. TURATI 3
SULMONA, 67039
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.97**

**Nonpriority creditor's name and mailing address**

CIESSE SNC
VIA G.MARCONI 71
LAVELLO, 85024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 835.71

---

**3.98**

**Nonpriority creditor's name and mailing address**

CITS V SERVICE (ITALY) SRL
VIA ANTONIO SALANDRA 18
ROMA, 00187
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 728.27

---

**3.99**

**Nonpriority creditor's name and mailing address**

CLARES SRL
VIA LUIGI CALCATELLI 1
VILLASTELLONE, 10029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,165.07

---

**3.100**

**Nonpriority creditor's name and mailing address**

CLASQUIN FAIRS AND EVENTS
BAT M2 PARC DES EXPOSITIONS DE PARI
VILLEPINTE, 93240
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 598.81

---

**3.101**

**Nonpriority creditor's name and mailing address**

CLEDAN SRL
VIA LEUCIANA SNC
PONTECORVO, 03037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 675.53

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** | **Nonpriority creditor's name and mailing address**

CMS SPA
NUOVA STRADA CONSORTILE
FISCIANO, 84084
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 602,992.80

---

**3.103** | **Nonpriority creditor's name and mailing address**

CO.GE.CAR SNC
VIA MONCALIERI 19A
VILLASTELLONE, 10029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,746.77

---

**3.104** | **Nonpriority creditor's name and mailing address**

CO.RI.METAL SRL
STR. DELLE LOSE 9/11
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,763.54

---

**3.105** | **Nonpriority creditor's name and mailing address**

COBRAPLAST SRL
VIA FORNACINO 119
LEINI', 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 269.26

---

**3.106** | **Nonpriority creditor's name and mailing address**

COMAU SPA
VIA RIVALTA 49
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 328,100.61

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
| | Name | | |

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.107** | **Nonpriority creditor's name and mailing address**

COMAU SPA ROBOTICS BUSINESS LINE
VIA RIVALTA 30
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,424.62

---

**3.108** | **Nonpriority creditor's name and mailing address**

COMEC CNC SRL
VIA RICCIO, SNC (BIVIO BRECCIAROLA)
CHIETI, 66100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,437.02

---

**3.109** | **Nonpriority creditor's name and mailing address**

COMEC INNOVATIVE SRL
VIALE ABRUZZO 330
CHIETI SCALO, 66013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,676.21

---

**3.110** | **Nonpriority creditor's name and mailing address**

COMET SUD SRL
S.S. 265 KM.27,550
MARCIANISE, 81025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68,793.96

---

**3.111** | **Nonpriority creditor's name and mailing address**

COMFIT SRL
CORSO PESCHIERA 321/7
TORINO, 10141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 331.54

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

COMIECO CONS.NAZ.RECUPERO E
VIA LITTA 5
MILANO, 20100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,499.17

---

**3.113** **Nonpriority creditor's name and mailing address**

COMIND SRL
VIA A. BREVIGLIERI, 8
PESCARA, 65128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,732.81

---

**3.114** **Nonpriority creditor's name and mailing address**

COMPASS GROUP ITALIA SPA
VIA DEGLI OLIVETANI 4
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,830.35

---

**3.115** **Nonpriority creditor's name and mailing address**

COMPASS GROUP ITALIA SPA
VIA ANGELO SCARSELLINI 14
MILANO, 20161
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10.34

---

**3.116** **Nonpriority creditor's name and mailing address**

CONFORMA SOC. CONS. ARL
VIA DI GIURA CENTRO DIREZIONALE
POTENZA, 85100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 780.00

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (if known) | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117 Nonpriority creditor's name and mailing address**

CONSEA SRL
CORSO VITTORIO EMANUELE II 84
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,660.67

---

**3.118 Nonpriority creditor's name and mailing address**

CONSORZIO EMERGENZE ITALIA
VIA BIZZARRI, 9
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,836.79

---

**3.119 Nonpriority creditor's name and mailing address**

CONSORZIO NAZIONALE PER LA GESTIONE
VIA OSTIENSE, 131/L
ROMA, 00154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,972.34

---

**3.120 Nonpriority creditor's name and mailing address**

CONTINENTAL BRAKES ITALY SPA
C.SO MARCONI 160
CAIRO MONTENOTTE, 17014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,127,442.20

---

**3.121 Nonpriority creditor's name and mailing address**

COSMOPOLITAN SRL
VIA GALVANI 19
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.21

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address**

CST SRL
VIA NAZIONALE, 56A
CEPAGATTI, 65012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,695.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

D.L.V. S.A.S. DI DI LAURO VINCENZO
V.LE CAVOUR 20
BEINASCO,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 186.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

DAL CASON TRADING SRL
CORSO GROSSETO 362/A
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 0.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**

DA-TOR S.P.A.
VIA PROVINCIALE 2
VERDERIO, 23879
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,325.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

DAVID GIUSEPPE & C. SAS
STR. DEL NOBILE 35
TORINO, 10131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 348.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11081-CTG    Doc 6    Filed 08/11/25    Page 89 of 208

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

DE.VI. S.R.L.S.
S.P. PEDEMONTANA - C.DA LA SELVA SN
PAGLIETA, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,094.39

---

**3.128** **Nonpriority creditor's name and mailing address**

DEL PROPOSTO SRL
Z.I. SAMBUCETO-VIA PO 31
SAN GIOVANNI TEATINO, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73.12

---

**3.129** **Nonpriority creditor's name and mailing address**

DELOITTE & TOUCHE SPA
GALLERIA SAN FEDERICO 54
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 139,814.24

---

**3.130** **Nonpriority creditor's name and mailing address**

DELTA AUTOMATION SRL
C.DA SALETTI 55/A
ATESSA, 66041
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,331.86

---

**3.131** **Nonpriority creditor's name and mailing address**

DELTAFLUID SAS DI PAMPALONI V. & C.
VIALE L.LAMA 2/4
SESTO FIORENTINO, 50019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 539.59

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 545.73 |
|---|---|---|---|

DERI SRL
VIA ALFIERI MASERATI, 54/58
GRUGLIASCO, 10095
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | | $ 1,271.42 |
|---|---|---|---|

DHL EXPRESS (ITALY) SRL
V.LE MILANOFIORI PALAZZO U/3
ROZZANO, 20089
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | | $ 93.94 |
|---|---|---|---|

DHL GLOBAL FORWARDING  ITALY SPA
STRADA DELLA MERLA
SETTIMO TORINESE, 10036
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | | $ 764.93 |
|---|---|---|---|

DI MARTINO IMPIANTI SRL
VIA SAN POLO 18
SULMONA, 67039
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | | $ 13.78 |
|---|---|---|---|

DISTRELEC ITALIA SRL
VIA RAMAZZOTTI 12
LAINATE, 20020
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number *(if known)* | 25-11081 |
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,033.83 |
| | DL RAPPRESENTANZE S.R.L.S.<br>VIA DEL TIZIANO 13<br>SAN BENEDETTO DEL TRONTO, 63074<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,748,901.11 |
| | DN AUTOMOTIVE<br>VIA S. ANTONIO 59<br>PASSIRANO, 25050<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,007,964.13 |
| | DN AUTOMOTIVE POLAND SP Z.O.O.<br>UL. MORSZTYNA 7<br>CZESTOCHOWA, 42-200<br>POLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,547,832.06 |
| | DOGANE (BETA-TRANS)<br>VIA MARIO CARUCCI<br>ROMA, 00143<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,590.32 |
| | DS SMITH PACKAGING ITALIA S.P.A.<br>VIA TORRI BIANCHE 24<br>VIMERCATE, 20871<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

DSPACE GMBH
RATHENAUSTRASSE 26
PADERBORN, 33102
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,185.16

---

**3.143** **Nonpriority creditor's name and mailing address**

DUSSMANN SERVICE SRL
VIA PAPA GIOVANNI XXIII 4 SCALA A
CAPRIATE S. GERVASIO, 24042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.92

---

**3.144** **Nonpriority creditor's name and mailing address**

DXC TECHNOLOGY
Schickardstrasse 32
Boblingen, 71034
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,468.42

---

**3.145** **Nonpriority creditor's name and mailing address**

E.D.O. EUROPEAN DISTRIBTION ORG. SR
VIA BOLOGNA 220
TORINO, 10154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,339.63

---

**3.146** **Nonpriority creditor's name and mailing address**

E.M.T.B. ENGINEERING MACHINERY TOOL
VIA MARIE CURIE, 17/11
BOLZANO, 39100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 129,465.36

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 30 of 115

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

E.P.A. MED ERGONOMIA PREVENZIONE
VIA PIO FOÀ  63
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,157.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

ECO TEAM SRL
VIA NAZIONALE 10/F
BARI PALESE, 70128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 102.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

ECOSAFE S.R.L.
STRADA DEL CASAS, 6/2
ROSTA, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,392.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

ECOTECH SRL SETTORE AMBIENTE
SS 80 KM 2.190 LOC.PRATELLE
L'AQUILA, 67100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,817.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

EDISON ENERGIA SPA
FORO BONAPARTE
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,107.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

Case 25-11081-CTG    Doc 6    Filed 08/11/25    Page 94 of 208

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

EDISON NEXT S.P.A.
VIA ACQUI 86
CASCINE VICA - RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 741,014.06

---

**3.153** **Nonpriority creditor's name and mailing address**

EFFEFFE SRL
VIA NAZIONALE 31
FIRENZE, 50100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.44

---

**3.154** **Nonpriority creditor's name and mailing address**

EL.MEC. SERVICE DI VERDI G. & C. SN
VIA GRAMSCI 21
PONTECURONE, 15055
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 685.01

---

**3.155** **Nonpriority creditor's name and mailing address**

ELASTOMER-TECHNIK GEDERN GMBH
GEDERNER STRASSE 56
GEDERN, 63688
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,048.95

---

**3.156** **Nonpriority creditor's name and mailing address**

EME ELETTRO.MECCANICA
VIALE DELL'ARTIGIANATO 6
PIOSSASCO, 10045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,364.99

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 9,809.16 |
|---|---|---|---|

EMME ECOLOGIA SRL
VIA F.BORTONE ZONA ASI
GRICIGNANO DI AVERSA, 81030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 920.67 |
|---|---|---|---|

EMMETEC SRL
VIA MILANO 1B
TERNATE, 21020
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 1,093.11 |
|---|---|---|---|

EMUGE-FRANKEN SRL
VIA CANTINOTTI, 25
CORMANO, 20032
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 2,771.77 |
|---|---|---|---|

ESAB SALDATURA SPA
VIA ROSA LUXEMBURG, 49
LOCATE TRIULZI, 20085
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 499,470.28 |
|---|---|---|---|

ESEX SRL
VIA NOVARA 7
PIANEZZA, 10044
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** Nonpriority creditor's name and mailing address

ESSEGI TECNICHE INDUSTRIALI
VIA SICILIA 1
VILLANOVA DI CEPAGATTI, 65012
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  86,077.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

EUROCONTAINERS S.R.L.
ZONA IND. VALLE DI VITALBA
ATELLA, 85020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  49,195.30

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

EUROFINS MODULO UNO SRL
VIA CUORGNE', 21
TORINO, 10156
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  950.29

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address

EVM SOLUTIONS SRL
VIA VINCENZO VELA 43
TORINO, 10128
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  54,321.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

EXIDA DEVELOPMENT SRL
BIOINDUSTRY PARK VIA RIBES 5
COLLERETTO GIACOSA, 10010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  1.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167** | **Nonpriority creditor's name and mailing address**

F.M.I. SRL A SU
VIA M. SS. AUSILIATRICE 135
CERIGNOLA, 71042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,637.39

---

**3.168** | **Nonpriority creditor's name and mailing address**

F.P. MODENA SRL
VIA I MAGGIO 1/A
BASTIGLIA, 41030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,050.35

---

**3.169** | **Nonpriority creditor's name and mailing address**

F.T.M. S.R.L.
VIA DI S. GIULIANO 47
FOGGIA, 71100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 228.40

---

**3.170** | **Nonpriority creditor's name and mailing address**

F.U.L. SNC FABBRICA UTENSILERIA
VIA SOCRATE 9
CASNATE CON BERNATE, 22070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,485.31

---

**3.171** | **Nonpriority creditor's name and mailing address**

FA.PA S.R.L.
DUMMY VENDOR
DUMMY VENDOR,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 142.14

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

FADA QUALITY SERVICE SRL
VIA ROBERTO WENNER,  83
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,231.87

---

**3.173** **Nonpriority creditor's name and mailing address**

FAGOR EDERLAN S. COOP.
GAZTANADUI 42
ESKORIATZA, 20540
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 714,511.78

---

**3.174** **Nonpriority creditor's name and mailing address**

FALLIM. ALGAT INDUSTRIE SRL
VIA VITTOR PISANI N, 8/A
MILANO, 20100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,897.39

---

**3.175** **Nonpriority creditor's name and mailing address**

FALLIM. ASSYST SRL
VIA G. LEOPARDI 10
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,452.55

---

**3.176** **Nonpriority creditor's name and mailing address**

FALLIM. KRESTOTES CONSORZIO
CORSO TASSONI 12
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,503.54

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (if known) | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** | **Nonpriority creditor's name and mailing address**

FALLIMENTO MAPOR CALDART SPA
PIAZZA PEYRON, 13
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,279.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**

FALLIMENTO PELASSA TRASPORTI SRL
C.SO FRANCIA N. 9
TORINO, 10138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,492.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**

FALLIMENTO SADA SPA IN LIQUIDAZIONE
VIA POGDORA, 15
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,905.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**

FALLIMENTO SADA SPA IN LIQUIDAZIONE
VIA POGDORA, 15
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,295.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**

FAMAR SRL
VIALE DEI MARESCHI 50
AVIGLIANA, 10051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 21,869.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (*if known*) | 25-11081 |
|--------|-----------------------------------------|--------------------------|----------|
|        | Name                                    |                          |          |

Case 25-11081-CTG    Doc 6    Filed 08/11/25    Page 100 of 208

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

FARCOMI SRL
VIA FEROGGIO 13
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,395.70

---

**3.183** **Nonpriority creditor's name and mailing address**

FARMACIA CELESIA SEPPIANA SAS
VIA SEPPIANA 71/A
BORGOMEZZAVALLE, 28846
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 698.98

---

**3.184** **Nonpriority creditor's name and mailing address**

FASSINO FRATELLI SRL
VIA VOLTA 2
BRUINO, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,799.63

---

**3.185** **Nonpriority creditor's name and mailing address**

FCA BANK S.P.A
CORSO AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,100.51

---

**3.186** **Nonpriority creditor's name and mailing address**

FCA GROUP PURCHASING S.C.R.L.
CORSO G. AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,583.05

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** | **Nonpriority creditor's name and mailing address**

FCA PARTECIPAZIONI S.P.A.
VIA PLAVA 80
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 270,393.21

---

**3.188** | **Nonpriority creditor's name and mailing address**

FCA POLAND S.A.
UL. M. GRAZYNSKIEGO 141
BIELSKO BIALA 43300,
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 515.88

---

**3.189** | **Nonpriority creditor's name and mailing address**

FCA SECURITY SCPA
VIA PLAVA 86
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,549.54

---

**3.190** | **Nonpriority creditor's name and mailing address**

FEBAMETAL SPA
VIA GRANDI 15
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,961.40

---

**3.191** | **Nonpriority creditor's name and mailing address**

FEDEX EXPRESS ITALY S.R.L.
PRAXIS BUSINESS PARK, STRADA ST 2/B
CERNUSCO SUL NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,238.39

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

FEDEX EXPRESS ITALY SRL
S.S. PADANA SUPERIORE 2/B
CERNUSCO SUL NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.86

---

**3.193** **Nonpriority creditor's name and mailing address**

FERRAMENTA GIULIANI DI GIULIANI
VIA SAN POLO SNC
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.69

---

**3.194** **Nonpriority creditor's name and mailing address**

FERRARI SPA
VIA ABETONE,2
MARANELLO, 41053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,586.97

---

**3.195** **Nonpriority creditor's name and mailing address**

FESTO SPA
VIA E. FERMI 36/38
ASSAGO, 20094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.28

---

**3.196** **Nonpriority creditor's name and mailing address**

FESTO SPA
VIA E. FERMI, 36/38
ASSAGO, 20057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,267.80

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

FIERA SRL
STRADA GORETTA 94/L
MAPPANO CASELLE TORINESE, 10072
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 10,079.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**

FIRETECH SRL
S.P. 18 OFANTINA SNC
VENOSA, 85029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,937.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**

FITCONTASTA  SRL
VIA PO 77 zona comm.le Sambuceto
S.GIOVANNI TEATINO, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,530.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**

FITEC SRL
VIA GOITO 51A
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 20,436.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**

FIUDI SRL
VIA CAGLIARI 35 B
TORINO, 10153
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,246.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

FLASH B.V.
AUSTRALIELAAN 70
MAASTRICHT AIRPORT, 6199 AA
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,193.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.203** | **Nonpriority creditor's name and mailing address**

FLEXIBLE AND GREEN MECHATRONICS
VIA LUIGI EINAUDI, 29
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 765,788.71

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.204** | **Nonpriority creditor's name and mailing address**

FOERSTER ITALIA S.R.L.
VIA DELL'ARTIGIANATO 55
VIGANO DI GAGGIANO, 20083
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 513.76

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.205** | **Nonpriority creditor's name and mailing address**

FONDERIA DI TORBOLE S.R.L.
VIA TRAVAGLIATO 18
TORBOLE CASAGLIA, 25030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,373,865.63

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.206** | **Nonpriority creditor's name and mailing address**

FONDERIE MARIO MAZZUCCONI SPA
VIA MAZZINI,10
PONTE SAN PIETRO, 24036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 535,134.97

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (if known) | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,028.11 |
|---|---|---|---|

FORTEK SRL
VIA LA PIRA 17
TROFARELLO, 10028
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,572.39 |
|---|---|---|---|

FRABEL SRL
VIA DEI CARRETTI 6/8
COLOMBARO, 25040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,632.05 |
|---|---|---|---|

FRASCARELLI GROUP S.R.L.
VIALE DELL'INDUSTRIA N. 25
SULMONA, 67039
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 120.12 |
|---|---|---|---|

FRATELLI CASTAGNA S.R.L
VIA SALASSA 15
OGLIANICO, 10080
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,267.49 |
|---|---|---|---|

FULL ECOLOGIC SERVICE SRL
VIA SOTTI 43 BIS
VINOVO, 10048
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.212** **Nonpriority creditor's name and mailing address**

GALOSSO GIOVANNI & C.SNC
VIA REANO 1
RIVALTA TORINESE, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,682.62

---

**3.213** **Nonpriority creditor's name and mailing address**

GARNERO SOLLEVAMENTI E TRASPORTI SR
VIA BISOGNETTA 17
COSTIGLIOLE SALUZZO - CUNEO, 12024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,526.76

---

**3.214** **Nonpriority creditor's name and mailing address**

GE.A.S. GESTIONE APPALTI
VIA CONFALONIERI 18
FOGGIA, 71100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      250.71

---

**3.215** **Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 760275569 FOR THE BENEFIT OF GIUNTA REGIONALE L'AQUILA DIREZIONE AMBIENTE E GESTIONE

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  Undetermined

---

**3.216** **Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 410367346 FOR THE BENEFIT OF AGENZIA DELLE DOGANE E DEI MONOPOLI – UFFICIO DI MILANO 2

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  Undetermined

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

GEO PROGETTO AMBIENTE SRL
VIA MONVISO 17
GERBOLE DI VOLVERA (VOLVERA), 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  5,259.73

---

**3.218** **Nonpriority creditor's name and mailing address**

GESTAC S.R.L.
VIA ANSPERTO 7
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  232.90

---

**3.219** **Nonpriority creditor's name and mailing address**

GGB FRANCE EURL
BP2074 65 CHEMIN DE LA PRAIRE
ANNECY CEDEX, 74009
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,301.51

---

**3.220** **Nonpriority creditor's name and mailing address**

GIMI SERVICE SRL
VIA CAVE 5
SAN SALVATORE TELESINO, 82030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  362.14

---

**3.221** **Nonpriority creditor's name and mailing address**

GRUPPO 2G SPA
LARGO RE UMBERTO 106
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  7,653.43

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

GUANGZHOU U-TECO DEVELOPMENT CO., L
NO.83 NANHUAN ROAD SHILOU, PANYU, G
PANYU, 510006
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 553.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**

H.K.JIELONG CO LIMITED
No.77, LianTang Road, Jinlong Indus
Dongguan, 523660
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,343.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

HAINBUCH ITALIA SRL
VIA CADUTI DI NASSIRIYA 5
CANTU', 22063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**

HEIDENHAIN ITALIANA SRL
VIA GIUSEPPE DE NOTARIS 52
MILANO, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 780.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

HENKEL ITALIA S.R.L.
VIA CARLO AMORETTI, 78
MILANO, 20157
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 60,885.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.227** | **Nonpriority creditor's name and mailing address**

HERTZ ITALIANA SRL
VIA DEL CASALE CAVALLARI 204
ROMA, 00156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,627.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

HOFFMANN ITALIA SPA
VIA GERMANIA 49
VIGONZA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,077.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**

HOTEL SPACE SRL
VIA COSIMO DE GIORGI 62
LECCE, 73100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 83.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**

HP ITALY SRL
VIA CARLO DONAT CATTIN, 5
CERNUSCO SUL NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**

HPFS RENTAL SRL.
VIA G. DI VITTORIO 9
CERNUSCO S/NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25,133.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,600.40 |
|---|---|---|---|

HUNAN SUNRISE AUTO MOULD&DIE CO., L
No.218 Zhenhua Road, Yuhua District
Hunan, 410117
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | | $ 4,874.97 |
|---|---|---|---|

HYDROFORMING S.P.A.
CORSO UNIONE SOVIETICA 460, PORTA 1
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | | $ 91,553.60 |
|---|---|---|---|

I.B.S. INDUSTRIA BULLONERIA
VIA FONTANA 9
VEDUGGIO CON COLZANO, 20050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | | $ 226.05 |
|---|---|---|---|

I.C.R.E AUTOMAZIONE SAS
STRADA DEL DROSSO 128/41
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | | $ 110,119.16 |
|---|---|---|---|

ICAPLANTS SRL
SS 156 MONTI LEPINI KM 51.100
BORGO SAN MICHELE, 04010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237 Nonpriority creditor's name and mailing address**

IDG 01 SPA
VIA GIOTTO 10
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,563.69

---

**3.238 Nonpriority creditor's name and mailing address**

I-FAST CONTAINER LOGISTIC S.P.A.
C.SO SETTEMBRINI 53
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81,707.07

---

**3.239 Nonpriority creditor's name and mailing address**

IGEA SRL-LAB. DI ANALISI
VIA CIRCONVALLAZIONE OCCIDENTALE 91
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 730.70

---

**3.240 Nonpriority creditor's name and mailing address**

IIS CERT SRL
LUNGOBISAGNO ISTRIA 29
GENOVA, 16141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 626.78

---

**3.241 Nonpriority creditor's name and mailing address**

IL SOLE 24 ORE SPA
VIA CASTELLANZA 11
MILANO, 20151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 328.80

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.242** **Nonpriority creditor's name and mailing address**

IMA SRL
VIA SS OFANTINA KM 2.450
CERIGNOLA, 71042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,152.06

---

**3.243** **Nonpriority creditor's name and mailing address**

INCONTRO SRL
SS 17 KM 95+500
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,234.02

---

**3.244** **Nonpriority creditor's name and mailing address**

INFOCERT SPA
PIAZZA SALLUSTIO 9
ROMA, 00187
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 204.75

---

**3.245** **Nonpriority creditor's name and mailing address**

INITIAL ITALIA S.P.A.
VIA ACHILLE GRANDI 8
CERNUSCO SUL NAVIGLIO, 29963
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 588.03

---

**3.246** **Nonpriority creditor's name and mailing address**

INNOMOTICS S.R.L.
Via Vipiteno 4
Milano, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,794.58

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

ISCAR ITALIA S.R.L.
VIA VARESE 43
LAINATE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 74,382.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

ISCOT ITALIA SPA
VIA ISONZO 22
TORINO, 10141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 13,557.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**

ISELFA SPA
CORSO ROMA 22
SOLBIATE ARNO, 21048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 675,432.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

ISTITUTO NAZ.LE PREVID.SOCIALE
VIALE CIRO IL GRANDE 21
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,622.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251** **Nonpriority creditor's name and mailing address**

ITALDIBIPACK SPA
VIA EUROPA 35
POGLIANO MILANESE, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,626.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (if known) | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69,317.64 |
|---|---|---|---|

ITALIAN GASKET SPA
VIA TENGATTINI 9
PARATICO, 25030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,954.43 |
|---|---|---|---|

IVET S.R.L.
VIA DELL'IMPRESA 13
BRENDOLA, 36040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,940.71 |
|---|---|---|---|

JACOBACCI & PARTNERS S.P.A.
C.SO EMILIA 8
TORINO, 10152
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 224.68 |
|---|---|---|---|

JIANGSU LIWAN PRECISION TUBE
JIANGHAI ROAD MID.
ZHANGJIAGANG, 215632
CHINA

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,183.02 |
|---|---|---|---|

JINZHOU WANYOU MECHANICAL PARTS
8-1 BHOAI ST, JINZHOU ECO&TECH. DEV
JINZHOU, 121007
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|--------|------------------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 196,930.52 |
|---|---|---|---|

JOHNSON ELECTRIC INTERNATIONAL AG
Freiburgstrasse 33
Murten,
NETHERLANDS

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,260.70 |
|---|---|---|---|

JÖRG VOGELSANG GMBH & CO. KG
Spannstiftstraße 2
Hagen, 58119
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,391.19 |
|---|---|---|---|

KAISER + KRAFT S.R.L.
VIA DELL'ARTIGIANATO 90
FENEGRO, 20070
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,652.72 |
|---|---|---|---|

KENDRION (CHINA) CO.,LTD
#10 Huipu Road
Suzhou, 215021
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31,624.54 |
|---|---|---|---|

KENDRION S.R.O.
PRUMYSLOVA 10
PROSTEJOV, 796 01
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,238.91 |
|---|---|---|---|

KENNAMETAL ITALIA SPA
STRADA 6
ASSAGO, 20057
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,410.29 |
|---|---|---|---|

KEYENCE ITALIA S.P.A.
VIA DELLA MOSCOVA, 3
MILANO, 20121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 739.88 |
|---|---|---|---|

KIMBERLY-CLARK SRL
VIA DELLA ROCCA 49
TORINO, 10123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,985.13 |
|---|---|---|---|

KIMYA SRL
VIA dei MARMISTI 10/ a Z.I
MODUGNO, 70026
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,344.65 |
|---|---|---|---|

KION RENTAL SERVICES SPA
VIA A. DE GASPERI 7
LAINATE, 20020
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** **Nonpriority creditor's name and mailing address**

KPMG LLP
Dept 0970, PO Box 120970
Dallas, 75312-0970

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,410.96

---

**3.268** **Nonpriority creditor's name and mailing address**

L.I.T.D. SRL
VIA DELLE LOSE 13
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 367.02

---

**3.269** **Nonpriority creditor's name and mailing address**

LA T.A.T.T. SRL
VIA DON ORIONE 150/C
BANDITO - FRAZ. BRA, 12042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 119.79

---

**3.270** **Nonpriority creditor's name and mailing address**

LABANALYSIS ENVIRONMENTAL SCIENCE S
VIA BOLZANO 6/P
SAN GIOVANNI TEATINO, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,084.60

---

**3.271** **Nonpriority creditor's name and mailing address**

LABANALYSIS ENVIRONMENTAL SCIENCE S
Via Bolzano 6/P
San Giovanni teatino, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,303.19

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,033.56 |
|---|---|---|---|

LABANALYSIS HSE SCIENCE S.R.L.
VIA ARISTOTELE 4
REGGIO EMILIA, 42122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,806.46 |
|---|---|---|---|

LABORMET DUE SRL
Corso Orbassano 402/18
TORINO, 10137
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11.60 |
|---|---|---|---|

LADISA SRL
VIA LINDEMANN 5/3-5/4
BARI-MODUGNO, 70123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 301.03 |
|---|---|---|---|

LAMMAS SRL
S.P. CASTELLAMONTE BAIRO 1/A
BAIRO CANAVESE, 10010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 79.92 |
|---|---|---|---|

L'ANFORA SRL
VIA MONTEMARCONE 40
ATESSA, 66041
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** Nonpriority creditor's name and mailing address

LANZI SRL
VIA GIULIO NATTA 27/A
TORINO, 10148
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 13,814.97

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.278** Nonpriority creditor's name and mailing address

LASIM S.P.A.
ZONA INDUSTRIALE
LECCE, 73100
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 221,637.47

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.279** Nonpriority creditor's name and mailing address

LC SOLUZIONI INDUSTRIALI SRL
VIA VERROTTI 106
MONTESILVANO, 65015
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 73,221.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.280** Nonpriority creditor's name and mailing address

LEASYS SPA
VIA DELLE ARTI 181
FIUMICINO, 00054
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 2,016.49

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.281** Nonpriority creditor's name and mailing address

LEMA GLOBAL SERVICES SOCIETA COOPER
MONFALCONE 11
ORSARA DI PUGLIA, 71027
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 5,376.10

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|--------|----------------------------------------|------------------------|----------|
|        | Name                                   |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** | **Nonpriority creditor's name and mailing address**

LEOPOLDSTRASSE BUSINESS CENTER GMBH
LEOPOLDSTRASSE 244
MUNCHEN, 80807
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8.37

---

**3.283** | **Nonpriority creditor's name and mailing address**

LESTI PALLETS SRL
NUCLEO INDUSTRIALE
FRAZ. SANT'ATTO TERAMO, 64020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,565.14

---

**3.284** | **Nonpriority creditor's name and mailing address**

LINGOTTO HOTELS SRL
VIA NIZZA 262/59 LINGOTTO
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 497.88

---

**3.285** | **Nonpriority creditor's name and mailing address**

LOGI SERVICE SCRL
VIA FIRENZE 51
MERCATO SAN SEVERINO, 84085
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,898.35

---

**3.286** | **Nonpriority creditor's name and mailing address**

LOGISTIC.SERVICES.PROVIDER DOO
VIA SACCHI 1
VILLA SANTA LUCIA, 03030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,303.71

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** Nonpriority creditor's name and mailing address

LONGOBARDI S.R.L.
VIA ROBERTO INCERTI, 26
PINEROLO (TO), 10064
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 913.34

---

**3.288** Nonpriority creditor's name and mailing address

LOSMA SPA
VIA E.FERMI,16
CURNO, 24035
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,429.19

---

**3.289** Nonpriority creditor's name and mailing address

LYRECO ITALIA S.R.L.
VIA PAPA GIOVANNI PAOLO II,SNC
CAMBIAGO, 20040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,202.43

---

**3.290** Nonpriority creditor's name and mailing address

M.C.E. SRL
VIA SCHIAPARELLI 20
TORINO, 10148
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 515.35

---

**3.291** Nonpriority creditor's name and mailing address

M.C.M. INGEGNERIA SRL
Via Santa Teresa 23
Turin, 10121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,577.10

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.292** **Nonpriority creditor's name and mailing address**

M.P.E. SRL
VIA DELLÂ€™INDUSTRIA 15
VILLANOVA CANAVESE, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                257,073.56

---

**3.293** **Nonpriority creditor's name and mailing address**

M.S.AMBROGIO S.P.A.
LOCALITA' TRE FONTANE
CISANO BERGAMASCO, 24034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,939.62

---

**3.294** **Nonpriority creditor's name and mailing address**

MA S.R.L.
VIA MONTELUNGO SNC
SAN NICOLA DI MELFI, 85025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                761,150.27

---

**3.295** **Nonpriority creditor's name and mailing address**

MAGICSOFT  S.R.O.
ĎURKOV 372
ĎURKOV, 044 19
SLOVAKIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                140.43

---

**3.296** **Nonpriority creditor's name and mailing address**

MAGMAWELD TURKEY
MASLAK MAH. BILIM SK. SUN PLAZA NO:
SARIYER/ISTANBUL, 34450
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                25,967.51

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.297** | **Nonpriority creditor's name and mailing address**

MAINT ITALIA SRL A SOCIO UNICO
VIA NICCOLO COPERNICO 13/15
FIRENZE, 50129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,507.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**

MANUTAN ITALIA SPA
VIA ALDO PALAZZI 20
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,248.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**

MAPAL ITALIA SRL
VIA MONZA, 82
GESSATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 308,345.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**

MARCEGAGLIA  S.P.A.
VIA BRESCIANI 16
GAZOLDO DEGLI IPPOLI, 46040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,481.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**

MARCEGAGLIA CARBON STEEL S.R.L.
VIA BRESCIANI, 16
GAZOLDO DEGLI IPPOLITI, 46040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 938,071.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 255,605.00 |
|---|---|---|---|

MARELLI (CHINA) CO., LTD
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 201,543.00 |
|---|---|---|---|

MARELLI (INDIA) PRIVATE LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 144,070.00 |
|---|---|---|---|

MARELLI AUTOMOTIVE CHASSIS SYSTEM (GUANGZHOU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 877.00 |
|---|---|---|---|

MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 659.00 |
|---|---|---|---|

MARELLI COFAP DO BRASIL LTDA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

MARELLI CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

$ 3,468.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.308** **Nonpriority creditor's name and mailing address**

MARELLI GERMANY GMBH
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

$ 151,289.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.309** **Nonpriority creditor's name and mailing address**

MARELLI HOLDINGS CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

$ 1,133.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.310** **Nonpriority creditor's name and mailing address**

MARELLI MOROCCO LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

$ 219,013.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.311** **Nonpriority creditor's name and mailing address**

MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

$ 2,298,800.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

MARELLI TALBROS CHASSIS SYSTEMS PRIVATE LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 28,812.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.313** **Nonpriority creditor's name and mailing address**

MARPOSS ITALIA SPA
VIA SALICETO 13
BENTIVOGLIO, 40010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,290.62

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.314** **Nonpriority creditor's name and mailing address**

MARSH SPA
VIALE BODIO 33
MILANO, 20158
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,713.98

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.315** **Nonpriority creditor's name and mailing address**

MASSOLA S.R.L.
VIA COAZZE, NR. 3
RIVALTA DI TORINO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,666.67

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.316** **Nonpriority creditor's name and mailing address**

MATEC SRL
LUNGODORA COLLETTA 83
TORINO, 10153
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,503.11

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317** | **Nonpriority creditor's name and mailing address**

M-CUBE SPA
Corso Cavour 2/2d - Trieste
34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,822.32

---

**3.318** | **Nonpriority creditor's name and mailing address**

MEC S.R.L.
VIA TERNI 2
TORINO, 10149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,598.71

---

**3.319** | **Nonpriority creditor's name and mailing address**

MECCANICA BICCHI SRL
STRADA S.PAOLO 16
PIANEZZA, 10044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,794.25

---

**3.320** | **Nonpriority creditor's name and mailing address**

MECCANICA FINNORD SPA
VIA DANTE ALIGHIERI 51
JERAGO CON ORAGO, 21040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182,717.43

---

**3.321** | **Nonpriority creditor's name and mailing address**

MECTRANS SRL
VIA LA BRUINA 7
GERBOLE DI VOLVERA, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,573.62

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.322** | **Nonpriority creditor's name and mailing address**

MELFI UTE1
ZONA INDUSTRIALE SAN NICOLA DI MELFI
MELFI, 85025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.323** | **Nonpriority creditor's name and mailing address**

MELFI UTE2
ZONA INDUSTRIALE SAN NICOLA DI MELFI
MELFI, 85025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.324** | **Nonpriority creditor's name and mailing address**

MERCEDS - BENZ ESPANA S.A.
AVDA.DE BRUSELAS 30
MADRID, 28108
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,795.06

---

**3.325** | **Nonpriority creditor's name and mailing address**

METALFER AUTOMOTIVE SRL
VIALE DEI MARESCHI 19
AVIGLIANA (TO), 10051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,502,035.02

---

**3.326** | **Nonpriority creditor's name and mailing address**

METALFER POLONIA SP. Z.O.O.
UL. KONWOJOWA 65
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 508.94

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** Nonpriority creditor's name and mailing address

METALMECCANICA TIBERINA SRL
ZONA INDUST.MADONNA DEL MORO
UMBERTIDE, 06019
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,537,713.66

---

**3.328** Nonpriority creditor's name and mailing address

METROLOGIC GROUP ITALIA SRL
C.SO UNIONE SOVIETICA 612/3/D
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 529.28

---

**3.329** Nonpriority creditor's name and mailing address

MEWA SRL
VIA CENTRALE TERMICA, 1
TURBIGO, 20029
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,190.89

---

**3.330** Nonpriority creditor's name and mailing address

MILONE IMPIANTI ELETTRICI SRL
VIA GONIN 49
TORINO, 10137
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,757.72

---

**3.331** Nonpriority creditor's name and mailing address

MMC ITALIA SRL
VIA MONTEFELTRO 6/A
MILANO, 20156
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,094.05

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (if known) | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,834.02 |
|---|---|---|---|

MOLINO AUTOFORNITURE SPA
VIA CAVOUR 3 Z.I. IND.LE
ROBASSOMERO, 10070
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48,459.47 |
|---|---|---|---|

MOVINCAR SPA
STRADA LOMBARDORE 199
LEINI', 10040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,081.24 |
|---|---|---|---|

MOVINCAR SUD S.R.L.
STRADA ASI - ZONA INDUSTRIALE
S.NICOLA DI MELFI, 85025
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,730.29 |
|---|---|---|---|

MOVINGFLUID SRL
VIA PERLASCA 25
MODENA, 41126
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 844.61 |
|---|---|---|---|

MP IMMIGRATION SRL
VIA CURTATONE 6
MILANO, 20122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.337** **Nonpriority creditor's name and mailing address**

MSC.SOFTWARE SRL
VIA NAZIONALE 74
TAVAGNACCO, 33010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,392.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**

MTS SYSTEMS SRL
STRADA PIANEZZA 289
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,421.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**

MUBEA FAHRWERKSFEDERN GMBH WEISSENS
DR.-KARL-HEINZ-MUHR-STR. 1
WEIẞENSEE, 99631
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,060.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**

MUBEA ITALIA SRL
CORSO ORBASSANO 336
TORINO, 10137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,276,301.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**

N & C SRL
VIA BOSCO S.N.
VEGLIE, 73010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,818.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|--------|-----------------|---------------|----------|
| | Name | | |

Case 25-11081-CTG    Doc 6    Filed 08/11/25    Page 132 of 208

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** | **Nonpriority creditor's name and mailing address**

NACH-TECH SRL
VIA LOMBARDI 8
TROFARELLO, 10028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,973.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,517.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,353.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 62.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45,341.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,084.60 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 214,544.76 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 314.69 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,402,972.81 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,342.01 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (*if known*) | 25-11081 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 513.76 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 71,801.27 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,140.51 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44,361.65 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.358** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.359** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.360** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.361** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,482.12 |
|---|---|---|---|

NATIONAL MOLDING ITALIA SRL
VIA U. TERRACINI 16
TROFARELLO, 10028
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,145.32 |
|---|---|---|---|

NETCOM ENGINEERING S.P.A.
VIA ANDREA D'ISERNIA 38
NAPOLI, 80122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 260.73 |
|---|---|---|---|

NEW DFG SRL
VIA POLLENZO, 51
TORINO, 10141
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40,221.30 |
|---|---|---|---|

NICMA FACILITY S.P.A.
CORSO LOMBARDIA 69
SAN MAURO TORINESE, 10099
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 111.72 |
|---|---|---|---|

NIPPON GASES INDUSTRIAL SRL
VIA BENIGNO CRESPI, 19
MILANO, 20159
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

NIS SRL
STRADA PER CORTANDONE 75
MONALE ASTI, 14013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,949.99

---

**3.368** **Nonpriority creditor's name and mailing address**

NIZZA 11 S.R.L.
VIA NIZZA, 11
TORINO, 10125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 213.95

---

**3.369** **Nonpriority creditor's name and mailing address**

NOALE SRL
C.SO GROSSETO 20
TORINO, 10148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,217.42

---

**3.370** **Nonpriority creditor's name and mailing address**

NORDSON ITALIA S.P.A.
VIA CASSANESE 224 PAL. TINTORETTO
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,691.50

---

**3.371** **Nonpriority creditor's name and mailing address**

NORTHGATEARINSO ITALIA S.R.L.
Viale Sarca 235
Milano, 20126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,052.02

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|--------|------------------------------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.372** **Nonpriority creditor's name and mailing address**

NOVO SRL
VIA STEFANAT, 48
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,366.58

---

**3.373** **Nonpriority creditor's name and mailing address**

NPO SISTEMI SRL
VIALE MARTESANA 12
VIMODRONE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,325.19

---

**3.374** **Nonpriority creditor's name and mailing address**

NTN-SNR ROULEMENTS
1 RUE DES USINES
ANNECY CEDEX, 74010
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,024,441.57

---

**3.375** **Nonpriority creditor's name and mailing address**

NUOVA TOPOLIN S.R.L.
VIA QUITTENGO 32
TORINO, 10154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 585.00

---

**3.376** **Nonpriority creditor's name and mailing address**

OASIS GLOBAL IMPEX
DDA Flats, 172-B Ghazipur
DELHI,
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,123.52

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.377** **Nonpriority creditor's name and mailing address**

OCRAM STAMPI SRL
CORSO REGINA MARGHERITA, 213
BRUINO, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,267.82

---

**3.378** **Nonpriority creditor's name and mailing address**

OFF. MECCANICHE REZZATESI SRL
LOC.PROD.REZZATESI STAT. BS-MN
REZZATO, 25086
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,796,088.28

---

**3.379** **Nonpriority creditor's name and mailing address**

OFFICINA AUTORIPARAZIONI DALMASSO
VIA NICOLA SASSO 2
FOSSANO, 12045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.53

---

**3.380** **Nonpriority creditor's name and mailing address**

OFFICINE BIEFFEBI SPA
VIA DELL'ARTIGIANATO 7
GONZAGA, 46023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 351.69

---

**3.381** **Nonpriority creditor's name and mailing address**

OFFICINE MECCANICHE CRESTO SRL
VIA S.PONSO 21
PERTUSIO, 10080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,934.84

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 485,248.47 |
|---|---|---|---|

OFFICINE MECCANICHE VILLAR PEROSA S
CORSO GIUSEPPE GARIBALDI 49
MILANO, 20121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,663.74 |
|---|---|---|---|

OFFICINE PREZIOSA S.R.L.
Z.ASI VIA DEI PASTAI 10/12
MOLFETTA, 70056
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,827.92 |
|---|---|---|---|

OFFICINE VICA S.P.A.
C.SO IV NOVEMBRE 93
CASCINE VICA, 10090
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,060,978.79 |
|---|---|---|---|

OGNIBENE POWER SPA
VIA ING. ENZO FERRARI 2
REGGIO EMILIA, 42124
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,799.65 |
|---|---|---|---|

OMIL S.R.L.
VIA ANTONIO DE FRANCISCO 128
SETTIMO TORINESE, 10036
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.387** **Nonpriority creditor's name and mailing address**

OMSEA SRL
VIA LUIGI EMANUEL 4
VIALFRE' CANAVESE, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,341.96

---

**3.388** **Nonpriority creditor's name and mailing address**

OPEL AUTOMOTIVE GMBH
BAHNHOFSPLATZ
RUESSELSHEIM AM MAIN, 65423
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94,999.83

---

**3.389** **Nonpriority creditor's name and mailing address**

ORBIS GMBH
AN DER HASENKAULE 10
HUERTH, 50354
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,637.72

---

**3.390** **Nonpriority creditor's name and mailing address**

OTIS SERVIZI SRL
VIA ROMA 108
CASSINA DE' PECCHI, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 260.30

---

**3.391** **Nonpriority creditor's name and mailing address**

PACK SERVICE DI PIOVANO LUCIANO
S.S. 20 ZONA INDUSTRIALE
RACCONIGI, 12035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,801.73

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.392** **Nonpriority creditor's name and mailing address**

PANMECCANICA S.R.L.
VIA BRODOLINI 14-16-18
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 144,760.64

---

**3.393** **Nonpriority creditor's name and mailing address**

PANSHI CITY XINGHUAN
557 Chengxi avenue,
Panshi City, 132300
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 704.13

---

**3.394** **Nonpriority creditor's name and mailing address**

PAR.CO SPA
VIALE DELLA RESISTENZA 30/34
SCARPERIA, 50038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,609.03

---

**3.395** **Nonpriority creditor's name and mailing address**

PARCHEGGIARE S.R.L.
VIA FABIO FILZI 2
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 105.61

---

**3.396** **Nonpriority creditor's name and mailing address**

PATERLEGNO DI RUSSO DONATO & C. S.R
C.DA FRASSINETO 2
PATERNO DI LUCANIA, 85050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,156.61

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397** **Nonpriority creditor's name and mailing address**

PATRONE E MONGIELLO SRL
ZONA INDUSTRIALE
TITO SCALO, 85050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 887,501.01

---

**3.398** **Nonpriority creditor's name and mailing address**

PAVIND SRL
SS 17 KM 94,75
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,350.77

---

**3.399** **Nonpriority creditor's name and mailing address**

PETRONAS LUBRICANTS ITALY SPA
VIA SANTENA 1
VILLASTELLONE, 10029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,113.14

---

**3.400** **Nonpriority creditor's name and mailing address**

PHYSIS NEW ENERGY TECHNOLOGY S.R.L.
Via Turati 40
Milano, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,665.92

---

**3.401** **Nonpriority creditor's name and mailing address**

PICCARI SRL
VIA VESPUCCI 18
MONTESILVANO, 65016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,089.27

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.402** Nonpriority creditor's name and mailing address

PIERBURG HUAYU PUMP TECHNOLOGY CO.,
No.309,Youyi Road, Baoshan District
Shanghai, 201900
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                333,429.34

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.403** Nonpriority creditor's name and mailing address

PIETRO BALENA AND FIGLI S.R.L.
CORSO A. DE TULLIO 20
BARI, 70122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                30,809.85

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.404** Nonpriority creditor's name and mailing address

PILZ ITALIA SRL
VIA TRIESTE SNC
MEDA, 20821
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                18,107.04

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.405** Nonpriority creditor's name and mailing address

PLASTINO SRL
VIA POTENZA N.10
RIONERO IN VULTURE, 85028
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                11,831.70

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.406** Nonpriority creditor's name and mailing address

POIRINO SPA
VIA RIVA 27
BUTTIGLIERA D'ASTI, 14021
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                402.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** | **Nonpriority creditor's name and mailing address**

POLITECNICO DI TORINO DET DIPARTIME
CORSO DUCA DEGLI ABRUZZI 24
TORINO, 10129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 879.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address**

POLITECNICO DI TORINO DIMEAS
CORSO DUCA DEGLI ABRUZZI 24
TORINO, 10129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 222,777.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address**

PPG ITALIA SALES & SERVICES SRL
VIA SERRA 1
QUATTORDIO, 15028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,882.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**

PQL MECCANICA S.R.L.
VIA FEDERICO BARCONE, N. 4
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,251.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**

PRESENT SPA
VIA CECHOV 48
MILANO, 20151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,521.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412** | **Nonpriority creditor's name and mailing address**

PRIMOTECS S.P.A.
VIA MARTIN LUTHER KING 6
AVIGLIANA, 10051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                11,679.80

---

**3.413** | **Nonpriority creditor's name and mailing address**

PROMA SPA
VIA GALVANI 28
S.NICOLA LA STRADA, 81020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$           1,180,611.18

---

**3.414** | **Nonpriority creditor's name and mailing address**

PROMEK ROBOTIC SOLUTIONS SRL
CORSO MONCENISIO 63
ROSTA, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                35,517.66

---

**3.415** | **Nonpriority creditor's name and mailing address**

PROPAGROUP S.P.A.
VIA GENOVA 5/B
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                33,507.50

---

**3.416** | **Nonpriority creditor's name and mailing address**

PRY.VA.GI SRL
VIA SOMMA 27
MARIGLIANO, 80034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                33,500.84

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** Nonpriority creditor's name and mailing address

PST SRL
STRADA DEL PORTONE 131/A
GRUGLIASCO, 10095
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,061.35

---

**3.418** Nonpriority creditor's name and mailing address

PUCKTECHNIK SRL
VIA DELLE INDUSTRIE 9
SOLBIATE ARNO (VA), 21048
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 88,389.44

---

**3.419** Nonpriority creditor's name and mailing address

QUAKER SALES EUROPE BV
VIA FORTUNATO POSTIGLIONE 30
MOCALIERI, 10024
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,039.26

---

**3.420** Nonpriority creditor's name and mailing address

QUICKPARTS ITALY S.R.L.
VIA INCERTI 25
PINEROLO, 10064
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 117,227.80

---

**3.421** Nonpriority creditor's name and mailing address

R.G. COSTRUZIONI S.R.L.
VIA FONTE DELL'OPPIO 12
VASTO, 66054
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,116.96

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:#000;color:#fff">**Part 2:**</td><td colspan="2">**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.422** | **Nonpriority creditor's name and mailing address**

RANDSTAD HR SOLUTION SRL
VIA ROBERTO LEPETIT 8/10
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                210,038.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address**

RAUMPFLEGE AG
MARTIN LUTHER STRASSE 38-42
STUTTGART (BAD CANNSTATT), 70372
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                       58.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address**

REFIL SPA
VIA ETTORE SIMIOLI 13
CASCINE VICA-RIVOLI, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 13,475.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address**

RENTOKIL INITIAL ITALIA SPA
VIA LAURENTINA KM 26, ,500, NÂ°157 A
POMEZIA, 00071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 14,522.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address**

REVIFA S.P.A. REGGIANA VITERIE
VIA XXV APRILE 17
FABBRICO, 42042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 20,327.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** **Nonpriority creditor's name and mailing address**

RIBERA QUATRE S.C.P.
CRTA. BARCELONA 601
SABADELL, 08204
SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  9,864.12

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.428** **Nonpriority creditor's name and mailing address**

RIDIX SPA
VIA INDIPENDENZA, 9/F
GRUGLIASCO, 10095
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  4,575.51

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.429** **Nonpriority creditor's name and mailing address**

RILEGNO
P.LE COMANDINI 17
CESENATICO, 47042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  620.81

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.430** **Nonpriority creditor's name and mailing address**

RIPARIA DI LAROVERE RAFFELLA & C. S
VIA GIOVANNI FRANCESCO NAPIONE, 22
LEINI', 10040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  157.39

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.431** **Nonpriority creditor's name and mailing address**

ROBERTS EUROPE BV
AUSTRALIELAAN 4
AA MAASTRICHT AIRPORT, 6199 AA
NETHERLANDS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$  25.12

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.432** | **Nonpriority creditor's name and mailing address**

ROBOTECO SPA
S.P. RIVOLTANA 35
LIMITO DI PIOLTELLO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,238.30

---

**3.433** | **Nonpriority creditor's name and mailing address**

ROCKWELL AUTOMATION S.R.L.
VIA LUDOVICO DI BREME 13
MILANO, 20156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.69

---

**3.434** | **Nonpriority creditor's name and mailing address**

RONI SRL
VIA PISACANE 54/56
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.71

---

**3.435** | **Nonpriority creditor's name and mailing address**

RS COMPONENTS SRL
VIA DE VIZZI 93/95
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,197.62

---

**3.436** | **Nonpriority creditor's name and mailing address**

RUBIX SPA
VIA NAZIONALE 92
PRADAMANO, 33040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,105.82

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,955.45 |
|---|---|---|---|

RUSSO S.R.L.S.
ZONA INDUSTRIALE VIALE OLANDA
SAN SALVO, 66050
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 446.72 |
|---|---|---|---|

RV2I
LES COSTILS
CORDEY, 14700
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,612.79 |
|---|---|---|---|

RVS SRL
VIA CHAMBERY 81
TORINO, 10142
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,744.12 |
|---|---|---|---|

S&T AUTOMATION GROUP SRL
VIA DI SAN GIULIANO, 4 VILLAG
FOGGIA, 71122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,058.62 |
|---|---|---|---|

S.&T. SAS DI FINCO GIULIA & C.
VIA PIETRO SASSI 5
ALESSANDRIA, 15121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 634,185.09 |
|---|---|---|---|

S.B.E. V.AR.VIT. SPA
VIA LANZETTI 2/A
REGGIO EMILIA, 42100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,694.47 |
|---|---|---|---|

S.E.E.C.I.  SUD SRL
LOC. SANTA MARIA A VICO -  Z.I.
GIFFONI VALLE PIANA, 84095
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,142.14 |
|---|---|---|---|

S.E.P.I. SRL
VIA SICILIA 12
SETTIMO TORINESE, 10036
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,888.34 |
|---|---|---|---|

SABAFER SRL
VIA REGIO PARCO N. 91
SETTIMO TORINESE, 10036
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50,483.36 |
|---|---|---|---|

SACA SPA SERVIZI AMBIENT. CENTRO AB
VIALE DEL COMMERCIO 2
SULMONA, 67039
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,191.78 |
|---|---|---|---|

SADI S.P.A.
VIA PLAVA 86
TORINO, 10135
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 79.91 |
|---|---|---|---|

SAIMARE S.P.A.
VIA A. SCARSELLINI 155
GENOVA, 16149
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,237.40 |
|---|---|---|---|

SALGOMMA S.R.L.
STRADA CUORGNE' 123
MAPPANO, 10079
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,726.02 |
|---|---|---|---|

SAMSIC ITALIA SPA
VIA PAVIA 105/H
CASCINE VICA RIVOLI, 10098
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,687,297.37 |
|---|---|---|---|

SAN GRATO SPA
CORSO BENEDETTO CROCE 30
TORINO, 10135
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (if known) | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.452** **Nonpriority creditor's name and mailing address**

SANDVIK ITALIA SPA - DIV. COROMANT
VIA RAIMONDI 13
MILANO, 20156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52,189.28

---

**3.453** **Nonpriority creditor's name and mailing address**

SANTACROCE SRL
CIRCONV. OCCIDENTALE 177
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 310.54

---

**3.454** **Nonpriority creditor's name and mailing address**

SAVIO
VIA XXIV MAGGIO 30/1
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 814.82

---

**3.455** **Nonpriority creditor's name and mailing address**

SCAGLIA INDEVA  SPA
VIA MARCONI 42
BREMBILLA, 24012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 260.63

---

**3.456** **Nonpriority creditor's name and mailing address**

SCHERDEL MARIENBERG GMBH
Am Federnwerk
Marienberg, 09496
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,977.84

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.457** **Nonpriority creditor's name and mailing address**

SCHNORR ITALIA SRL
V.LE EUROPA, 68
CUSAGO, 20047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 562.36

---

**3.458** **Nonpriority creditor's name and mailing address**

SCHUERHOLZ GMBH & CO.KG
INDUSTRIESTRASSE 9
PLETTENBERG, 58840
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,579.67

---

**3.459** **Nonpriority creditor's name and mailing address**

SCHUNK INTEC SRL
VIA BAROZZO,S.N.
LURATE CACCIVIO, 22075
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,731.39

---

**3.460** **Nonpriority creditor's name and mailing address**

SDT MECCANICA ED AUTOMAZIONE SRL
VIA VRACONE 33
CHIETI SCALO, 66013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,803.47

---

**3.461** **Nonpriority creditor's name and mailing address**

SECO TOOLS ITALIA SPA
VIA ROMA 2
GUANZATE, 22070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 984.47

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,236.19 |
|---|---|---|---|

SEM AUTOMAZIONE SRL
VIA MARVIN GELBER 44/M
CHIETI SCALO, 66100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,945.51 |
|---|---|---|---|

SEVEL SPA
VIALE AVV. GIOVANNI AGNELLI 10
ATESSA, 66041
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 608.35 |
|---|---|---|---|

SEW EURODRIVE SAS
VIA BERNINI 14
SOLARO, 20020
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,932.62 |
|---|---|---|---|

SHANGHAI ZHONGLI INVESTMENT CO. LTD
600 JINGE RD., JINSHAN IND.ZONE
SHANGHAI, 201506
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,089.35 |
|---|---|---|---|

SICK S.P.A.
VIA CADORNA 66
VIMODRONE, 20055
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Marelli Suspension Systems Italy S.P.A.                    Case number (if known)    25-11081
        Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.467**  **Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY SOFTWARE SRL
VIA WERNER VON SIEMENS 1
MILANO, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  14,555.28

---

**3.468**  **Nonpriority creditor's name and mailing address**

SIEMENS SPA
VIA VIPITENO 4
MILANO, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  3,947.40

---

**3.469**  **Nonpriority creditor's name and mailing address**

SIRAM SPA
VIA BISCEGLIE 95
MILANO, 20152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  54,321.13

---

**3.470**  **Nonpriority creditor's name and mailing address**

SISPORT S.P.A.
CORSO FERRUCCI 112/A
TORINO, 10138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  11,217.31

---

**3.471**  **Nonpriority creditor's name and mailing address**

SIT LOGISTICS SPA
VIA TERRE RISAIE, 10
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,924.92

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.472** **Nonpriority creditor's name and mailing address**

SKF INDUSTRIE S.P.A.
VIA DELL'ARCIVESCOVADO 1
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,857,313.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.473** **Nonpriority creditor's name and mailing address**

SMALLEY EUROPE SAS
32 34 RUE DES OSIERS 78310 COIGNIER
COIGNIERES, 78310
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 139.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.474** **Nonpriority creditor's name and mailing address**

SMAT SPA
C.SO XI FEBBRAIO 14
TORINO, 10152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,420.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.475** **Nonpriority creditor's name and mailing address**

SNOP AUTOMOTIVE ITALY S.R.L.
VIA TORINO 21
PIANEZZA, 10044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,390.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.476** **Nonpriority creditor's name and mailing address**

SOGO S.P.A.
VIA ARMANDO VONA NR. 16
FROSINONE, 03100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 147,310.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 96 of 115

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477** **Nonpriority creditor's name and mailing address**

SOSSELLA SAS JOINT SYSTEM DI SOSSEL
VIA VOLVERA 123
BRUINO, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,549.48

---

**3.478** **Nonpriority creditor's name and mailing address**

SOTEK SRL
VIA G.CERESANI, 3
FABRIANO, 60044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,372.58

---

**3.479** **Nonpriority creditor's name and mailing address**

SPEDIMEC SRL
VIA G. MORONE 4
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22.83

---

**3.480** **Nonpriority creditor's name and mailing address**

STAT S.P.A.
VIA VIII MARZO, 6/10
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 682,918.62

---

**3.481** **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE  S.P.A.
LARGO SENATORE G. AGNELLI 5
VOLVERA, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,330.69

---

Case 25-11081-CTG    Doc 6    Filed 08/11/25    Page 160 of 208

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.482** **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE  S.P.A.
CORSO L.SETTEMBRINI, 167
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   2,554.49

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.483** **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE  S.P.A./141
C.SO AGNELLI 180
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                666,214.60

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.484** **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE  SPA 121
CORSO SETTEMBRINI 167
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   1,629.63

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.485** **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A.
Corso Agnelli 200
Torino, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                985,405.67

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.486** **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A.
CORSO AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$             6,256,524.47

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.487** | **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A.
STRADA LA MANTA 2
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 387.63

---

**3.488** | **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A.
VIA PADOVA 1
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,421.36

---

**3.489** | **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A.
CORSO GIOVANNI AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,388.62

---

**3.490** | **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE SPA
TAURUSAVENUE 1
HOOFDDORP, 2312
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,548,640.00

---

**3.491** | **Nonpriority creditor's name and mailing address**

STEP ENGINEERING SRL
VIA CASTELLANA 199/A
RESANA, 31023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 292.50

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number *(if known)* | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** Nonpriority creditor's name and mailing address

STIGC INDUSTRIAL SRL
LUIGI EINAUDI
MARCIANISE, 81205
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 14,856.13

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.493** Nonpriority creditor's name and mailing address

STILL S.P.A.
VIALE DE GASPERI 7
LAINATE, 20020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,028.20

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.494** Nonpriority creditor's name and mailing address

STUDIO LEGALE TRIBUTARIO BOLZONI  B
VIA VENTI SETTEMBRE N. 27
MILANO, 20123
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 139.28

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.495** Nonpriority creditor's name and mailing address

STUDIO TRIBUTARIO SOCIETARIO
Via Matteo Bandello 5
Milano, 20123
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 9,557.62

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.496** Nonpriority creditor's name and mailing address

SULMONA PUBLIC PROSECUTOR
PIAZZA GIUSEPPE CAPOGRASSI 1, 67039 SULMONA (AQ)
ITALY, 67039
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.497** **Nonpriority creditor's name and mailing address**

SUNSTEEL S.R.L.
VIA PROVINCIALE ARCORA,110
COSALNUOVO, 80013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 4,661.87

---

**3.498** **Nonpriority creditor's name and mailing address**

T.D. SRL
Z.I. ASI AVERSA NORD
GRICIGNANO DI AVERSA, 81030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 3,482.12

---

**3.499** **Nonpriority creditor's name and mailing address**

T.E.W.I S.R.L.
VIA GABRIELE D'ANNUNZIO 9
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 5,153.55

---

**3.500** **Nonpriority creditor's name and mailing address**

TAUW ITALIA SRL
PIAZZA LEONARDO DA VINCI, 7
MILANO, 20133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 9,488.10

---

**3.501** **Nonpriority creditor's name and mailing address**

TEC EUROLAB S.R.L.
VIALE EUROPA 40
CAMPOGALLIANO, 41011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

$ 13,188.07

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.502** Nonpriority creditor's name and mailing address

TECH-ID SRL
VIA DELIO TESSA 1
MILANO, 20121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,687.13

---

**3.503** Nonpriority creditor's name and mailing address

TECHNE SPA
VIA A. CORTESI 1
VILLA DI SERIO, 24020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,428.92

---

**3.504** Nonpriority creditor's name and mailing address

TECNOMEC SUD SRL
C.DA SALETTI Z.I. VAL DI
ATESSA, 66041
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 31,149.40

---

**3.505** Nonpriority creditor's name and mailing address

TECNOMETAL SRL
VIA CHAMBERY 93/119
TORINO, 10142
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 524.96

---

**3.506** Nonpriority creditor's name and mailing address

TEKSID IRON POLAND SPOLKA Z O O
VIA CIEZAROWA 49
SKOCZOW,
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,824,989.07

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.507** | **Nonpriority creditor's name and mailing address**

TELECOM ITALIA SPA
PIAZZA DEGLI AFFARI, 2
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,602.92

---

**3.508** | **Nonpriority creditor's name and mailing address**

TESA SPA
VIA L.CADORNA 69
VIMODRONE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 347.77

---

**3.509** | **Nonpriority creditor's name and mailing address**

THE MATHWORKS SRL
Via Nizza, 150
Torino, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,416.78

---

**3.510** | **Nonpriority creditor's name and mailing address**

THK RHYTHM AUTOMOTIVE CZECH A.S.
STROJIRENSKA 160/III
38017 DACICE,
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111,063.33

---

**3.511** | **Nonpriority creditor's name and mailing address**

TI GROUP AUTOMOTIVE SYSTEMS
VIA PINAN 2
BUSALLA, 16012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 146,343.05

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.512** **Nonpriority creditor's name and mailing address**

TIBERINA POMIGLIANO SRL
ZONA IND.LE MADONNA DEL MORO
UMBERTIDE, 06019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 762.07

---

**3.513** **Nonpriority creditor's name and mailing address**

TIBERINA SANGRO SRL
ZONA IND. MADONNA DEL MORO
UMBERTIDE, 06019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,718,950.14

---

**3.514** **Nonpriority creditor's name and mailing address**

TNT GLOBAL EXPRESS S.R.L.
C.SO LOMBARDIA 63
SAN MAURO TO.SE, 10099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,317.30

---

**3.515** **Nonpriority creditor's name and mailing address**

TOORA S.P.A. IN CONCORDATO
VIA MAZZINI, 9
SAN PAOLO D'ARGON, 24060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,199.42

---

**3.516** **Nonpriority creditor's name and mailing address**

TORNERIA SERRA S.R.L.
VIA MAROCCHI 118
POIRINO, 10046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,502.42

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.517** Nonpriority creditor's name and mailing address

TOTARO ANTONIO ROCCO VINCENZO
VIA CASERMA LUCANIA 40
POTENZA, 85100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,849.97

---

**3.518** Nonpriority creditor's name and mailing address

TRA.FI.ME. SPA
CONTRADA PEZZAMANDRA
MISTERBIANCO, 95045
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 117,220.18

---

**3.519** Nonpriority creditor's name and mailing address

TRANSMEC DE BORTOLI GROUP ESPANA SA
AV. DE L'ESTANY DE LA MESSEG 26-28
EL PRAT DE LLOBREGAT BARCELONA, 08820
SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,149.89

---

**3.520** Nonpriority creditor's name and mailing address

TRASPORTI ESPOSITO SRL
VIA COSTANTINOPOLI 132
NOLA, 80035
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 225.17

---

**3.521** Nonpriority creditor's name and mailing address

TRW AUTOMOTIVE ITALIA SPA
VIA VALTROMPIA 125
GARDONE V.T., 25063
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,432.11

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number *(if known)* | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,688.52 |
|---|---|---|---|
| | TUNGSTEN CARBIDE TOOLS SRL<br>VIA BOCCACCIO 19<br>LEGNANO, 20025<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 269.78 |
|---|---|---|---|
| | ULUS METAL SANAYI VE TICARET A.S.<br>GEBZE ORG. SANAYI BOLGESI 1000<br>GEBZE KOCAELI, 41480<br>TURKEY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 153.21 |
|---|---|---|---|
| | UNI ENTE NAZIONALE ITALIANO<br>VIA BATTISTOTTI SASSI 11B<br>MILANO, 20133<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 174,596.99 |
|---|---|---|---|
| | UNI-MECC SRL<br>CORSO IV NOVEMBRE 58<br>CAFASSE, 10070<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 121.35 |
|---|---|---|---|
| | UNITED PARCEL SERVICE ITALIA<br>VIA G. FANTOLI 15/2<br>MILANO, 20138<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number *(if known)* | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.527 Nonpriority creditor's name and mailing address**

UNIVER SPA
VIA ERACLITO 31
MILANO, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 591.91

---

**3.528 Nonpriority creditor's name and mailing address**

UNOMAS SAS DI CIRIO STEFANO & C.
CORSO MONCALIERI 216
TORINO, 10133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 159.89

---

**3.529 Nonpriority creditor's name and mailing address**

USE  ID 105720
VIA PER CESANO BOSCONE 4
CORSICO, 20094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,742.51

---

**3.530 Nonpriority creditor's name and mailing address**

UTENSIL LINE S.R.L.
VIA ACQUI, 65/A
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,891.80

---

**3.531 Nonpriority creditor's name and mailing address**

UTENSIL LINE SRL
VIA ACQUI, 65/A
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,715.80

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|--------|------------------------------------------|------------------------|----------|
|        | Name                                     |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.532** | **Nonpriority creditor's name and mailing address**

UVAT S.R.L.
CORSO BRAMANTE 65
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 774.42

---

**3.533** | **Nonpriority creditor's name and mailing address**

VE.CA AUTOMATION S.R.L.
VIA DONATO CAROPRESE, 14/16
FOGGIA, 71122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,699.74

---

**3.534** | **Nonpriority creditor's name and mailing address**

VEBRO S.R.L.
VIA REGIONE TARIO, 9
ANDEZENO, 10020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 97,409.63

---

**3.535** | **Nonpriority creditor's name and mailing address**

VEHICLE ENGINEERING AND DESIGN SRL
VIA G. OBERDAN, 5
BRESCIA, 25128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,127.90

---

**3.536** | **Nonpriority creditor's name and mailing address**

VENTANA SERRA S.P.A.
TANGENZIALE SUD TORINO KM
RIVALTA DI TORINO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,842.78

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** **Nonpriority creditor's name and mailing address**

VEOLIA WTS ITALY S.R.L.
VIA MELCHIORRE GIOIA 26
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                8,651.26

---

**3.538** **Nonpriority creditor's name and mailing address**

VERCELLI TECNO SNC DI VERCELLI EZIO
Corso Bernardino Telesio 82/3,
TORINO, 10146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  627.92

---

**3.539** **Nonpriority creditor's name and mailing address**

VERIND SPA
VIA PAPA GIOVANNI XXIII 25/27
RODANO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,420.71

---

**3.540** **Nonpriority creditor's name and mailing address**

VIBRACOUSTIC CERKEZKOY OTO PARCALAR
CERKEZKOY ORGANIZE SANAYI BOLGESI K
KAPAKLI /TEKIRDAG, 59510
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                4,897.53

---

**3.541** **Nonpriority creditor's name and mailing address**

VIBRACOUSTIC GMBH & CO.KG
HOHNERWEG 2-4
WEINHEIM, 69465
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$               27,900.62

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542** | **Nonpriority creditor's name and mailing address**

VIESSE SAS VALGUARNERA D.& C.
Gaetano Salvemini  2
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 340.30

---

**3.543** | **Nonpriority creditor's name and mailing address**

VIGEL SPA
VIA MAPPANO 15/A
BORGARO TORINESE, 10071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,459.71

---

**3.544** | **Nonpriority creditor's name and mailing address**

VILLA RIZZO RESORT E SPA
VIA G.NAPOLETANO 2
SAN CIPRIANO PICENTINO, 84099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94.07

---

**3.545** | **Nonpriority creditor's name and mailing address**

VIS HYDRAULICS SRL
VIA GIARDINI NORD 140
PAVULLO NEL FRIGNANO, 41026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,728.48

---

**3.546** | **Nonpriority creditor's name and mailing address**

VISION TOOL CO., LTD.
NO.19 HONGMIAN ROAD HENGLI TOWN
DONGGUAN CITY, 523461
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,231.19

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.547**

**Nonpriority creditor's name and mailing address**

VITALEX HC S.R.L.
VIA GINO FRUSCHELLI 30
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 146.25

---

**3.548**

**Nonpriority creditor's name and mailing address**

WATT SRL (IH HOTELS MILANO WATT 13)
VIA GIACOMO WATT 13
MILANO, 20143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 923.60

---

**3.549**

**Nonpriority creditor's name and mailing address**

WEB AUTOMOTIVE SRL
VIA GRECO 29 VILL. 1
CAPODRISE, 81020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 732.08

---

**3.550**

**Nonpriority creditor's name and mailing address**

WELCOME SRL
VIA RUSCA 124
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,272.29

---

**3.551**

**Nonpriority creditor's name and mailing address**

WENZEL ITALIA SRL
REGIONE GIBELLINO 1
QUARONA, 13017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,295.35

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.552** **Nonpriority creditor's name and mailing address**

WURTH SRL
VIA STAZIONE  51
EGNA, 39044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,805.53

---

**3.553** **Nonpriority creditor's name and mailing address**

WYDAWNICTWO CZASOPISM KSIAZEK
RATUSZOWA 11
WARSZAWA, 00-950
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  266.19

---

**3.554** **Nonpriority creditor's name and mailing address**

XPO TRANSPORT SOLUTIONS ITALY S.R.L
VIA DE GASPERI 2
SAN PIETRO MOSEZZO, 28060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,559.99

---

**3.555** **Nonpriority creditor's name and mailing address**

YULIN TOOL & DIE CO., LTD
No. 72 Jiangbei Road
Dongguan, 523660
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              35,261.02

---

**3.556** **Nonpriority creditor's name and mailing address**

ZF AUTOMOTIVE CZECH S.R.O.
NA ROLI 26
JABLONEC NAD NISOU, 466 21
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            1,058,172.29

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known) | 25-11081 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

ZF AUTOMOTIVE ITALIA S.R.L.
CORSO STATI UNITI 41
TORINO, 10129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 790,149.76

---

**3.558** | **Nonpriority creditor's name and mailing address**

ZF LEMFORDER TLM DIS TICARET LTD ST
10003 SOK. NO 13 AOSB/CIGLI IZMIR
IZMIR, 35620
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 218,723.03

---

**3.559** | **Nonpriority creditor's name and mailing address**

ZF SACHS  ITALIA SPA
VIA SESTRIERE 28/2
CANDIOLO, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 880,282.70

---

**3.560** | **Nonpriority creditor's name and mailing address**

ZF SACHS ESPANA S.A.
BARRIO ARETXALDE  130
LEZAMA  (BIZKAIA), 48196
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 119,790.13

---

**3.561** | **Nonpriority creditor's name and mailing address**

ZIMMER GROUP ITALIA S.R.L.
VIALE MONTEGRAPPA, 7
PAVIA, 27100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,770.67

---

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (if known): | 25-11081 |
|--------|-----|-----|-----|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line<br>☐ Not listed. Explain | |
| 4.2 | | Line<br>☐ Not listed. Explain | |
| 4.3 | | Line<br>☐ Not listed. Explain | |
| 4.4 | | Line<br>☐ Not listed. Explain | |
| 4.5 | | Line<br>☐ Not listed. Explain | |
| 4.6 | | Line<br>☐ Not listed. Explain | |
| 4.7 | | Line<br>☐ Not listed. Explain | |
| 4.8 | | Line<br>☐ Not listed. Explain | |
| 4.9 | | Line<br>☐ Not listed. Explain | |

Debtor    Marelli Suspension Systems Italy S.P.A.                                                    Case number (if known)    25-11081
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 182,275,774.93 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 182,275,774.93 |
|  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Suspension Systems Italy S.P.A. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11081 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 04/01/2022 | ADECCO ITALIA S.P.A. VIA TOLMEZZO 15 MILAN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II TO CONTRACT FOR THE ADMINISTRATION OF LIQUID, COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND DISPENSING DATED: 01/01/2024 | AIR LIQUIDE ITALIA SERVICE S.R.L. BISCEGLIE 66, MILAN (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM FOR THE ADMINISTRATION OF LIQUID, COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND DISPENSING DATED: 01/01/2024 | AIR LIQUIDE ITALIA SERVICE S.R.L. VIA BISCEGLIE 66, MILAN (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II TO CONTRACT FOR THE ADMINISTRATION OF LIQUID, COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND DISPENSING DATED: 01/01/2024 | AIR LIQUIDE ITALIA SERVICE S.R.L. BISCEGLIE 66, MILAN (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AND SUPPLY FRAMEWORK AGREEMENT DATED: 05/27/2014 | AKA OTOMOTIV SANAYI A.S. OMEKKOYYOLU ATTENTION: MR. KORAYOZYANIK ORHANGAZI, BURSA, 16800 TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Suspension Systems Italy S.P.A.                                          Case number (If known)   25-11081
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 01/01/2025 | ALBASAN SRL VIALE DANTE, 123, 03043 CASSINO (FR) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 01/01/2025 | ALBASAN SRL CASSINO (FR), VIALE DANTE, 123, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | CIVIL AND TECHNICAL CLEANING CONTRACT | ALBASAN SRL VIALE DANTE, 123, 03043 CASSINO (FR) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 01/01/2025 | ALBASAN SRL VIALE DANTE, 123, 03043 CASSINO (FR) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 01/01/2025 | ALBASAN SRL VIALE DANTE, 123, 03043 CASSINO (FR) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | MANDATE FOR ASSISTANCE FOR TAX CREDIT PROGRAMS DATED: 11/04/2024 | ASTOLFI S.P.A. PIAZZA DEL POPOLO 18 ROME, 00187 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | EVALUATION AGREEMENT DATED: 12/31/2021 | ASTOLFI S.P.A. VIA CASSIAN BON 1/A - 05100 TERNI (TR) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Suspension Systems Italy S.P.A.        Case number (If known):   25-11081
                    Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AGREEMENT DATED: 03/02/2024 | ASTOLFI S.P.A.<br>PIAZZA DEL POPOLO N. 18<br>ROME, 00187<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE TRANSPORT AND DISTRIBUTION PREPARATION SERVICE DATED: 03/29/2019 | ATLAS I.F.M. S.R.L., P.I.<br>ROME, VIA ATTIO LABEONE N. 16 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK DEVELOPMENT AGREEMENT DATED: 03/26/2012 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT<br>PETUELRING 130<br>MUNICH, 80788<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT OF EXCISE DUTIES / TAXES ACTIVITIES DATED: 10/24/2022 | BDO TAX S.R.L STP.<br>VIALE ABRUZZI,94<br>MILANO, 20131<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT – WASTE PACKAGING MATERIAL FROM SULMONA PLANT DATED: 03/05/2019 | BETA AMBIENTE S.R.L.<br>ZONA INDUSTRIALE<br>CONTRADA SALETTI<br>ATESSA, CH,<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | SALE OF OBSOLETE DISPOSAL WASTE DATED: 04/01/2019 | C.R.S. S.R.L.<br>VIA CAVALIER TEDESCHI 17  10036 SETTIMO TORINESE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY DEVELOPMENT (CONSIGNMENT) CONTRACT DATED: 07/25/2023 | CHINA FAW CO ., LTD<br>NO. 1 NEW HONGQI STREET<br>RESIDENCE: NO. 1, XINHONGQI STREET<br>CHANGCHUN, JILIN,<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): 25-11081 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | LOI (LETTER OF INTENT) DATED: 05/02/2016 | COMAU DO BRASIL LTDA. ROD .: BR 101 SUL S/N, PONTE DOS CARVALHOS.  CABO DE SANTO AGOSTINHO - PERNAMBUCO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPANY CATERING CONTRACT DATED: 03/20/2023 | COMPASS GROUP VIA ANGELO SCARSELLINI HOTELS, 14 – 20161 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE COMPANY CATERING CONTRACT DATED: 01/01/2023 | COMPASS GROUP ITALIA S.P.A VIA ANGELO SCARSELLINI HOTELS, 14 20161 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPANY CATERING CONTRACT DATED: 03/30/2023 | COMPASS GROUP ITALIA S.P.A VIA ANGELO SCARSELLINI HOTELS, 14 – 20161 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | III° AMENDMENT TO THE "CORPORATE CATERING CONTRACT", DATED: 04/01/2023 | COMPASS GROUP ITALIA S.P.A. VIA ANGELO SCARSELLINI, 14– 20161 MILAN– |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | III° AMENDMENT TO THE "CORPORATE CATERING CONTRACT" DATED: 03/30/2023 | COMPASS GROUP ITALIA S.P.A. VIA ANGELO SCARSELLINI, 14– 20161 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | SALE OF METAL WASTE VARIOUS SUSPENSION DATED: 03/08/2019 | CONSORZIO SEARI S.R.L. N ATELLA (PZ), Z.I. VITALBA SNC, CF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Suspension Systems Italy S.P.A.                    Case number (If known)   25-11081
               Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 12/17/2021 |
| | DIGITAL PUBLISHING SRL CORSO MAZZINI 3 PAVIA, PV, 27100 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT – REUSABLE WOODEN PALLETS DATED: 03/08/2019 |
| | ECOPALLETS S.R.L. CORSO SAVONA 18–18/B, 10029 VILLASTELLONE (TO) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest | MONICA FRANCEIINO LEAL INDUSTRIAL TECHNOLOGY AGREEMENT |
| | ELECTROPLAST SARL PLOT 145 TANGER AUTOMOTIVE CITY BC 78633 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest | TESTING AGREEMENT DATED: 01/07/2013 |
| | ELECTROPLAST SARL TANGER AUTOMOTIVE CITY FREE ZONE- LOT°145 - TANGER |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest | TRANSPORT AGREEMENT |
| | ELECTROPLAST SARL PLOT 145 TANGER AUTOMOTIVE CITY BC 78633 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest | TESTING AGREEMENT DATED: 06/16/2016 |
| | ELECTROPLAST SARL TANGER AUTOMOTIVE CITY FREE ZONE- LOT°145 - TANGER |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK SUPPLY AGREEMENT DATED: 02/06/2018 |
| | ELECTROPLAST SARL TANGER AUTOMOTIVE CITY FREE ZONE- LOT°145 - TANGER |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli Suspension Systems Italy S.P.A.                                   Case number (If known):   25-11081
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK SUPPLY AGREEMENT DATED: 02/06/2018 | ELECTROPLAST SARL TANGER AUTOMOTIVE CITY FREE ZONE- LOT°145 - TANGER, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest | TESTING AGREEMENT DATED: 10/07/2013 | ELECTROPLAST SARL TANGER AUTOMOTIVE CITY FREE ZONE- LOT°145 - TANGER |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE TRANSACTION DEED DATED: 01/19/2015 | ELSTAR S.R.L. C.F. TURIN, VIA GIACINTO COLLEGNO NO.  16 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest | FIXING FOR CONTRACT FOR THE SUPPLY OF ELECTRICITY DATED: 11/24/2022 | ENEL ENERGIA S.P.A. 00198 ROME, VIALE REGINA MARGHERITA 125 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest | FIXING FOR CONTRACT FOR THE SUPPLY OF ELECTRICITY DATED: 02/13/2023 | ENEL ENERGIA S.P.A. 00198 ROME, VIALE REGINA MARGHERITA 125 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest | WITHDRAWAL FROM THE CONTRACT CALLED "CONTRACT FOR PARTICIPATION IN THE ENERGY RELEASE SER DATED: 03/01/2023 | ENEL X ITALIA S.R.L. VIA FLAMINIA 970 00191 ROME ATTN. ROBERTO MARCONI |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SALE OF ELECTRICITY DATED: 01/01/2025 | ENGIE ITALIA S.P.A N VIA CHIESE 72 - 20126 MILAN (MI), R.E.A. 1817 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Suspension Systems Italy S.P.A.                                   Case number (If known):   25-11081
                Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT FOR THE SALE OF MARELLI SUSPENSION NATURAL GAS 2025_2026 DATED: 01/01/2025 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | ENGIE ITALIA S.P.A. MILAN, VIA CHIESE, 72, TAX CODE AND VAT NUMBER NO. 06289781 |
| **2.42** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT FOR THE SALE OF NATURAL GAS DATED: 07/19/2023 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | ENGIE ITALIA SPA VIA CHIESE 72 - 20126 MILAN (MI) - |
| **2.43** **State what the contract or lease is for and the nature of the debtor's interest** SETTLEMENT AGREEMENT DATED: 12/25/2015 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | FCA GROUP PURCHASING S.R.I. C.SO GIOVANNI AGNELLI, 200 ATTENTION OF MR. SERGIO AUDAGNOTTO TORINO, ITALY |
| **2.44** **State what the contract or lease is for and the nature of the debtor's interest** SETTLEMENT AGREEMENT DATED: 12/24/2015 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | FCA GROUP PURCHASING S.R.L. CORSO GIOVANNI AGNELLI 200 TORINO |
| **2.45** **State what the contract or lease is for and the nature of the debtor's interest** CASH ADVANCE PAYMENT AGREEMENT DATED: 02/19/2025 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| **2.46** **State what the contract or lease is for and the nature of the debtor's interest** CASH ADVANCE PAYMENT AGREEMENT DATED: 12/26/2024 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| **2.47** **State what the contract or lease is for and the nature of the debtor's interest** CASH ADVANCE PAYMENT AGREEMENT DATED: 02/14/2025 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): | 25-11081 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 01/30/2025 | FCA US LLC<br>1000 CHRYSLER DRIVE<br>AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AND SUPPLY FRAMEWORK AGREEMENT DATED: 05/27/2014 | FIAT DANISMANLIK VE TEMSILCILIK LIMITED SIRKETI<br>BDI IPEKCI CADDESI<br>BOSTAN SOKAK<br>ORJIN APARTMANT, NO. 15 KAT 7<br>NISANTASI, SISLI, ISTANBUL, 34367<br>TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER RE. PRIVACY PROJECT - DPO SERVICE: 11/24/2022 | FIELDFISHER GLOBAL<br>VIA DELLA MOSCOVA, 3<br>MILAN, 20121<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT – ICT SERVICES PROVISION DATED: 06/25/2012 | FITEC DI FIANDRO MARCO GIAMPIERO<br>ATTN:SALES OFFICE MANAGER GOITO 51/A, 10095<br>GRUGLIASCO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | WASTE SALE AGREEMENT DATED: 03/07/2019 | GEO PROGETTO AMBIENTE S.R.L.<br>MONVISO, 17, 10040 FRAZIONE GERBOLE DI VOLVERA – VOLVERA (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 05/01/2022 | GI GROUP S.P.A<br>PIAZZA IV NOVEMBRE, 5 - 20124 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CERTIFICATE OF ACCEPTANCE DATED: 07/01/2022 | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>P IVA 11073380153<br>CEMUSCO SUL NAVIGLIO, MILAN, 20053<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (If known): | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 09/10/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.56** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CERTIFICATE OF ACCEPTANCE DATED: 07/01/2022 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.57** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 02/07/2023 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.58** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/27/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM DATED: 09/25/2019 | HPFS RENTAL S.R.L. G. DI VITTORIO, 9 CERNUSCO SUL NAVIGLIO, ML, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 04/27/2023 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Suspension Systems Italy S.P.A.                                 Case number (If known):   25-11081
_____
Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/06/2017 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest — ADDENDUM TO THE SERVICE CONTRACT DATED: 12/03/2024 | ISCAR ITALIA S.R.L. VIA VARESE N. 43, LAINATE (MI), |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2020 | ISCOT ITALIA S.P.A. ATTN: LEGAL OFFICE ISONZO, 22 10141 TORINO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest — CIVIL AND TECHNICAL CLEANING SERVICES CONTRACT DATED: 11/01/2020 | ISCOT ITALIA S.P.A. ATTN: LEGAL OFFICE ISONZO, 22, TURIN |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR CLEANING SERVICES DATED: 11/01/2020 | ISCOT ITALIA S.P.A. ISONZO 22 ATTN: LEGAL OFFICE TORINO, 10141 ITALY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest — SERVICE CONTRACT DATED: 03/07/2019 | ISCOT ITALIA S.P.A. VIA ISONZO, 22 TORINO, TO, 10141 ITALY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2020 | ISCOT ITALIA S.P.A. ATTN: LEGAL OFFICE ISONZO, 22, 10141 TORINO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor    Marelli Suspension Systems Italy S.P.A.                                    Case number (If known)    25-11081
                Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.69** **State what the contract or lease is for and the nature of the debtor's interest** ALUMINIUM WASTE SALE AGREEMENT DATED: 03/04/2019 | ITALLOY S.R.L. 10/A VOLPIANO, TO, 10088 ITALY |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.70** **State what the contract or lease is for and the nature of the debtor's interest** MEMORANDUM OF UNDERSTANDING DATED: 10/23/2006 | LUMAX INDUSTRIES B-85 / 86 MAYAPURI INDUSTRIAL AREA, PHASE-1, NEW DELHI -110 064) |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.71** **State what the contract or lease is for and the nature of the debtor's interest** EXTENSION OF THE TERM OF MEMORANDUM OF UNDERSTANDING DATED: 09/30/2007 | LUMAX INDUSTRIES LIMITED VIALE ALDO BORIETTI, 61/63 - 20011 CORBETTA (ML) |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.72** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE CONTRACT DATED: 06/01/2022 | MAPAL ITALIA S.R.L VIA MONZA 82 20060 GESSATE (MILAN) |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.73** **State what the contract or lease is for and the nature of the debtor's interest** ANNEX.2 FOR YEAR 2025 DATED: 11/27/2024 | MAPAL ITALIA S.R.L VIA MONZA 82 20060 GESSATE (MILAN) |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.74** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE CONTRACT DATED: 01/01/2025 | MAPAL ITALIA S.R.L. VIA MONZA 82 20060 GESSATE (MILAN) |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.75** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DATED: 07/01/2022 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

Debtor   Marelli Suspension Systems Italy S.P.A.

Name

Case number (If known):   25-11081

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SERVICES MASTER AGREEMENT DATED: 01/01/2025 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI (THAILAND) CO., LTD 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/27/2022 | MARELLI AFTERMARKET ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE CHASSIS SYSTEM (GUANGZHOU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Suspension Systems Italy S.P.A.                                    Case number (if known)    25-11081
                Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/27/2022 | MARELLI COFAP DO BRASIL LTDA 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Suspension Systems Italy S.P.A.                                   Case number (If known):   25-11081
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ENGINEERING YANGON CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI FRANCE 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Suspension Systems Italy S.P.A.
Name

Case number (If known):  25-11081

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023 | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** State what the contract or lease is for and the nature of the debtor's interest — DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI MOROCCO LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MOROCCO LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI NORTH AMERICA, INC. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI PLOIESTI ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest — SALES COMMISSION FOR REFERRAL AGREEMENT DATED: 01/01/2024 | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED: 01/01/2024 | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor   Marelli Suspension Systems Italy S.P.A.                                       Case number (if known):   25-11081
_____
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SOSNOWIEC POLAND SP. Z. O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TENNESSEE USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES COMMISSION FOR REFERRAL AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Suspension Systems Italy S.P.A.                                          Case number (If known):   25-11081

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.118** **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 12/01/2017 | MASERATI S.P.A. MODENA, VIA CIRO MENOTTI 322 |

| | | |
|---|---|---|
| **2.118** | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 12/01/2017 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| | | MASERATI S.P.A. MODENA, VIA CIRO MENOTTI 322 |

| | | | |
|---|---|---|---|
| **2.119** | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION LETTER DATED: 11/01/2014 | MMH INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS LTDA. RODOVIA, BR101 NORTE S/N KM 13 AO 15 GALPAO, SP 07 ATTENTION OF: CLAUDIO BENTIVOGLIO MAGNER NOVIA GOIANA, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.120** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 01/01/2020 | NICMA & PARTNERS S.P.A. ATTN: MR. LORIS TUGNOLO PERETTO MARTIN GIORGINA 6, 10083 FAVRIA (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.121** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 03/01/2020 | NICMA & PARTNERS S.P.A. ATTN: MR. LORIS TUGNOLO PERETTO MARTIN GIORGINA, 6 10083, FAVRIA (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.122** | **State what the contract or lease is for and the nature of the debtor's interest** | AVAILABILITY OF REFRIGERATED LIQUID NITROGEN DATED: 05/01/2021 | NIPPON GASES INDUSTRIAL SRL VIA CRESPI BENIGNO 19 MILAN, LOMBARDY, 20159 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.123** | **State what the contract or lease is for and the nature of the debtor's interest** | SALE OF WOODEN PACKAGING (PLATFORMS) SISTEMI SOSPENSIONE S.P.A. - STAB.TO DI MELFI (PZ DATED: 03/04/2019 | PATERLEGNO S.N.C. PATERNO (PZ)- C.DA FRASSINETO, 2, C |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.124** | **State what the contract or lease is for and the nature of the debtor's interest** | SALES LETTER DATED: 03/04/2019 | PAVIND S.R.L. SULMONA (AQ), S.S. 17 KM 94.75, CF |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): 25-11081 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/11/2025 | PLENITUDE ENERGY SERVICES S.P.A. VIA VIA GIUSEPPE RIPAMONTI, 85, 20141 MILAN ATTN: GIORGIO FONTANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR FONDIMPRESA TRAINING ACCOUNT MANAGEMENT DATED: 02/01/2023 | RANDSTAD HR SOLUTIONS S.R.L. R. LEPETIT 8/10, 20124 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR FONDIMPRESA TRAINING ACCOUNT MANAGEMENT DATED: 02/01/2023 | RANDSTAD HR SOLUTIONS S.R.L. R. LEPETIT 8/10, 20124 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | SALE OF METAL WASTE DATED: 04/16/2019 | RONI S.P.A. VIA PISACANE, 54/56 20016 - PERO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | CIVIL AND TECHNICAL CLEANING SERVICES CONTRACT DATED: 06/01/2020 | SAMSIC ITALIA S.P.A. ATTN: DR. UMBERTO DIAMANTE PRINCIPE AMEDEO, 11, 10123 TORINO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | CIVIL AND TECHNICAL CLEANING SERVICES CONTRACT DATED: 06/01/2020 | SAMSIC ITALIA S.P.A. ATTN: DR. UMBERTO DIAMANTE PRINCIPE AMEDEO, 11 10123 TORINO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 06/01/2020 | SAMSIC ITALIA S.P.A. VIA PRINCIPE AMEDEO 11 10123 - TURIN CORBETTA (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): 25-11081 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO CONTRACT FOR CIVIL AND TECHNICAL CLEANING SERVICES DATED: 05/12/2025 | SAMSIC ITALIA S.P.A. PRINCIPE AMEDEO 11, 10123 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 06/01/2020 | SAMSIC ITALIA S.P.A. ATTN: DR. UMBERTO DIAMANTE PRINCIPE AMEDEO, 11 10123 TORINO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR CIVIL AND TECHNICAL CLEANING SERVICES DATED: 05/12/2025 | SAMSIC ITALIA S.P.A. PRINCIPE AMEDEO 11, 10123 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 06/01/2020 | SAMSIC ITALIA S.P.A. ATTN: DR. UMBERTO DIAMANTE PRINCIPE AMEDEO, 11 10123 TORINO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 06/01/2020 | SAMSIC ITALIA SPA TURIN (TO), VIA PRINCIPE AMEDEO N. 11 LEGAL REPRESENTATIVE, MR. UMBERTO DIAMANTE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/31/2024 | SANDVIK ITALIA S.P.A. VIA RAIMONDI 13, TAX CADIZ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROCUREMENT OF SERVICES DATED: 08/08/2022 | SANDVIK ITALIA S.P.A. VIA RAIMONDI 13, 20156 MILAN PEC: SANDVIKITALIA@LEGALMAIL.IT ATTENTION: DR. ANTONIO PRINCIPE, DR. GIORGIO SIGNORI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Suspension Systems Italy S.P.A.                                    Case number (If known):   25-11081
                Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 10/01/2020 | SERVICE KEY S.P.A. SANGRO 15, MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 10/01/2020 | SERVICE KEY S.P.A. GERMANIA 7/4 VIGONZA, PD, 35010 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/01/2012 | SIRIO S.C.P.A. C.SO FERRUCCI, 112/A, 10138 TURIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 09/10/2018 | SKILL SOC. CONS. A R.L. VIGONZA (PD), VIA GERMANIA N. 7/4 C.F. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/31/2024 | SSC HOLDING ITALIA S.R.1. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 12/26/2024 | STELLANTIS EUROPE S.P.A CORSO GIOVANNI AGNELLI 200, 10135 TURIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 01/30/2025 | STELLANTIS EUROPE S.P.A. CORSO GIOVANNI AGNELLI 200, 10135 TURIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Suspension Systems Italy S.P.A. _____ Case number (If known): __25-11081__
         Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/14/2025 | STELLANTIS EUROPE S.P.A. CORSO GIOVANNI AGNELLI 200, 10135 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/19/2025 | STELLANTIS EUROPE S.P.A. CORSO GIOVANNI AGNELLI 200, 10135 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | PAYMENT GUARANTEE DATED: 01/30/2025 | STELLANTIS EUROPE SPA FCA US LLC STELLANTIS MÉXICO, S.A. DE C.V. 4-19 MIYAHARA-CHO 2-CHOME ATTN: JUAN MOLLÁ, NABIL RAHLI SAITAMA CITY, SAITAMA, 331-8501 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 12/26/2024 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 01/30/2025 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.151** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/14/2025 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/19/2025 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): 25-11081 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEMORANDUM OF UNDERSTANDING DATED: 04/27/2011 | TAIBROS AUTOMOTIVE COMPONENTS LTD. 14/1, MATHURA ROAD FARIDABAD, HARYANA, 121003 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 09/24/2010 | TALBROS AUTOMOTIVE COMPONENTS LTD. 400 UDYOG VIHAR PHASE - III GURGAON, HARYANA, 122016 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE PROVISION REPORT | TANGER AUTOMOTIVE CITY TANGER AUTOMOTIVE CITY EXPORT FREE ZONE, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE | TANGIER AUTOMOTIVE CITY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | MULTIBUSINESS CONTRACT FOR THE MOBILE TELEPHONY SERVICE | TELECOM ITALIA S.P.A. MILAN, PIAZZA DEGLI BUSINESS NO. 2 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | PAYMENT AND RELEASE AGREEMENT DATED: 06/07/2022 | TRAFIME S.P.A. CONTRADA PEZZAMANDRA MISTERBIANCO, CT, 95045 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSED SETTLEMENT AGREEMENT DATED: 11/06/2009 | TRELLEBORG FERGOM SRL VIA TORINO, 140 10073 CIRIE (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Marelli Suspension Systems Italy S.P.A.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11081

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Marelli Suspension Systems Italy S.P.A.                                    Case number (If known)    25-11081
          Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): | 25-11081 |
|--------|------------------------------------------|---------------------------|----------|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Suspension Systems Italy S.P.A. | Case number (If known): | 25-11081 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (if known): | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Suspension Systems Italy S.P.A. | | Case number (If known): | 25-11081 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.40 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.41 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.42 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.43 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.44 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.45 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.46 | Marelli Sosnowiec Poland Sp. z. o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Suspension Systems Italy S.P.A. | | | Case number (if known) | 25-11081 |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.51 | | | | ☐ D ☐ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Marelli Suspension Systems Italy S.P.A.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11081

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
            MM / DD / YYYY

X /s/ Alanna Abrahamson
Signature of individual signing on behalf of debtor

Alanna Abrahamson
Printed name

Executive Vice President, Chief Financial Officer
Position or relationship to debtor